B1 (Official Form 1)(12/11)

| United States Bankruptcy Court<br>Southern District of Florida | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Yacht Path International, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**01-0548976** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**2860 W. State Road 84**<br>**Suite 118**<br>**Fort Lauderdale, FL**          ZIP Code **33312** | Street Address of Joint Debtor (No. and Street, City, and State):          ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Broward** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):          ZIP Code | Mailing Address of Joint Debtor (if different from street address):          ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization) (Check one box)

☐ Individual (includes Joint Debtors)
*See Exhibit D on page 2 of this form.*
☒ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities,
check this box and state type of entity below.)

**Chapter 15 Debtors**

Country of debtor's center of main interests:

Each country in which a foreign proceeding
by, regarding, or against debtor is pending:

**Nature of Business**
(Check one box)

☐ Health Care Business
☐ Single Asset Real Estate as defined
in 11 U.S.C. § 101 (51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
☒ Other

**Tax-Exempt Entity**
(Check box, if applicable)

☐ Debtor is a tax-exempt organization
under Title 26 of the United States
Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which
the Petition is Filed** (Check one box)

☐ Chapter 7
☐ Chapter 9
☒ Chapter 11
☐ Chapter 12
☐ Chapter 13

☐ Chapter 15 Petition for Recognition
of a Foreign Main Proceeding
☐ Chapter 15 Petition for Recognition
of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

☐ Debts are primarily consumer debts,
defined in 11 U.S.C. § 101(8) as
"incurred by an individual primarily for
a personal, family, or household purpose."
☒ Debts are primarily
business debts.

**Filing Fee** (Check one box)

☒ Full Filing Fee attached

☐ Filing Fee to be paid in installments (applicable to individuals only). Must
attach signed application for the court's consideration certifying that the
debtor is unable to pay fee except in installments. Rule 1006(b). See Official
Form 3A.

☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must
attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
☒ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates)
are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

Check all applicable boxes:
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors,
in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

☒ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid,
there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-<br>49 | 50-<br>99 | 100-<br>199 | 200-<br>999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | OVER<br>100,000 |

Estimated Assets

| ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

B1 (Official Form 1)(12/11) | Page 2
---|---

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Yacht Path International, Inc.** |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or **Affiliate** of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: **Unity Shipping Lines, Inc.** | Case Number: **13-16222-PGH** | Date Filed: **3/20/13** |
|---|---|---|
| District: **Southern District of Florida, West Palm Beach Division** | Relationship: **Affiliate** | Judge: **Paul G. Hyman** |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X_____<br>   Signature of Attorney for Debtor(s)       (Date) |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(12/11)                                                                                                    Page 3

## Voluntary Petition

*(This page must be completed and filed in every case)*

**Name of Debtor(s):**

**Yacht Path International, Inc.**

### Signatures

#### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
   Signature of Debtor

X _____
   Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

#### Signature of Attorney*

X **/s/ Bradley S. Shraiberg**
Signature of Attorney for Debtor(s)

**Bradley S. Shraiberg 121622**
Printed Name of Attorney for Debtor(s)

**Shraiberg, Ferrara, & Landau P.A.**
Firm Name

**2385 NW Executive Center Dr
Suite 300
Boca Raton, FL 33431**

Address

                        **Email: bshraiberg@sfl-pa.com**
**561 443 0800  Fax: 561 998 0047**
Telephone Number

**March 20, 2013**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

#### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Dennis Cummings**
Signature of Authorized Individual

**Dennis Cummings**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**March 20, 2013**
Date

#### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
   Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

#### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Southern District of Florida

In re    **Yacht Path International, Inc.**        Case No. _____

Debtor(s)        Chapter    **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | *Amount of claim [if secured, also state value of security]* |
| **A.J. Deitsch Trading Co., Ltd.**<br>**Attn: Julian Cohen**<br>**Akara Bldg; 24 The Castro St**<br>**Road Town, Tortola**<br>**British Virgin Islands** | **A.J. Deitsch Trading Co., Ltd.**<br>**Attn: Julian Cohen**<br>**Akara Bldg; 24 The Castro St**<br>**British Virgin Islands** | **60' Privilege;**<br>**741358** | **Contingent**<br>**Unliquidated**<br>**Disputed** | **74,955.00** |
| **Ames United PTE Ltd.**<br>**Attn: Andy Chua**<br>**2 Jurong East**<br>**#05-01 IMM**<br>**Singapor** | **Ames United PTE Ltd.**<br>**Attn: Andy Chua**<br>**2 Jurong East**<br>**Singapor** | **52' Cabo;**<br>**USCHXM0321A212** | **Contingent** | **73,645.00** |
| **Beluga Chartering GMBH**<br>**c/o Jonathan Skipp - Horr, Novak & Skipp**<br>**Two Datran Center, Suite 1700**<br>**9130 S Dadeland Blvd**<br>**Miami, FL 33156** | **Beluga Chartering GMBH**<br>**c/o Jonathan Skipp - Horr, Novak & Skipp**<br>**Two Datran Center, Suite 1700**<br>**Miami, FL 33156** | | **Contingent**<br>**Unliquidated**<br>**Disputed** | **114,364.57** |
| **Belvedere Shipping Co.**<br>**Attn: James Saddington**<br>**Scotia Centre, 4th Floor**<br>**PO Box 268**<br>**George Town, Grand Cayman** | **Belvedere Shipping Co.**<br>**Attn: James Saddington**<br>**Scotia Centre, 4th Floor**<br>**George Town, Grand Cayman** | **90' Andre Hoek;**<br>**AMS0702610** | **Contingent**<br>**Unliquidated**<br>**Disputed** | **134,670.00** |
| **CHIPOLBROK America, Inc.**<br>**16945 Northchase Drive # 2300**<br>**Houston, TX 77060** | **CHIPOLBROK America, Inc.**<br>**16945 Northchase Drive # 2300**<br>**Houston, TX 77060** | | | **215,000.00** |
| **Dartmore Assets Limited**<br>**Attn: Kimberly Capasso**<br>**Trident Chambers**<br>**Wickhams Cay, PO Box 146**<br>**Road Town, Tortola, British Virgin** | **Dartmore Assets Limited**<br>**Attn: Kimberly Capasso**<br>**Trident Chambers**<br>**Road Town, Tortola, British Virgin** | **151' Delta Motoryacht;**<br>**NME15103G010** | **Contingent**<br>**Unliquidated**<br>**Disputed** | **147,525.00** |

B4 (Official Form 4) (12/07) - Cont.

In re    **Yacht Path International, Inc.**                                    Case No. _____
                                    Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Dolphin Partner's Ltd.**<br>**Attn: Bryce Simpson**<br>**6847 Cintas Blvd**<br>**Mason, OH 45040** | **Dolphin Partner's Ltd.**<br>**Attn: Bryce Simpson**<br>**6847 Cintas Blvd**<br>**Mason, OH 45040** | **130' Westport;**<br>**1528** | **Contingent**<br>**Unliquidated**<br>**Disputed** | **113,838.00** |
| **Facula Assets Ltd.**<br>**Attn: Guy Guildford**<br>**Wickhams Cay**<br>**Road Town, Briths Virgin Islands** | **Facula Assets Ltd.**<br>**Attn: Guy Guildford**<br>**Wickhams Cay** | **123' Princess** | **Contingent**<br>**Unliquidated**<br>**Disputed** | **115,750.00** |
| **Ferrum Investment**<br>**Attn: Yaniv Soovin**<br>**Trust Company Complex**<br>**Ajeltake Road, Ajeltake Island**<br>**Majuro, Majuro Islands** | **Ferrum Investment**<br>**Attn: Yaniv Soovin**<br>**Trust Company Complex**<br>**Majuro, Majuro Islands** | **137' Moonen; 194** | **Contingent**<br>**Unliquidated**<br>**Disputed** | **240,750.00** |
| **Florida Transportation Services, Inc.**<br>**412 SE 18th Street**<br>**Fort Lauderdale, FL 33316** | **Florida Transportation Services, Inc.**<br>**412 SE 18th Street**<br>**Fort Lauderdale, FL 33316** | | | **119,342.11** |
| **Forty Ltd.**<br>**Attn: Tony Orton**<br>**Trident Chambers;**<br>**Road Town, Road Town**<br>**British Virgin Islands** | **Forty Ltd.**<br>**Attn: Tony Orton**<br>**Trident Chambers;**<br>**British Virgin Islands** | **42' Invincible** | **Contingent**<br>**Unliquidated**<br>**Disputed** | **90,250.00** |
| **Glaze Yacht Company Ltd.**<br>**Attn: Celine Bandelac**<br>**G Cali Street**<br>**Ta'xbiex, Malta, Malta** | **Glaze Yacht Company Ltd.**<br>**Attn: Celine Bandelac**<br>**G Cali Street**<br>**Ta'xbiex, Malta, Malta** | **161' Trinity** | **Contingent**<br>**Unliquidated**<br>**Disputed** | **215,000.00** |
| **International Bluewater Marine Services**<br>**PO Box 610442**<br>**Miami, FL 33261-0442** | **International Bluewater Marine Services**<br>**PO Box 610442**<br>**Miami, FL 33261-0442** | | | **80,156.45** |
| **La Gioconda Ltd.**<br>**Attn: Brian Hardman**<br>**Suite 1, Level 15, The Business Tower**<br>**Portomaso, St. Julians** | **La Gioconda Ltd.**<br>**Attn: Brian Hardman**<br>**Suite 1, Level 15, The Business Tower**<br>**Portomaso, St. Julians** | **108' Sunseeker;**<br>**80085** | **Contingent**<br>**Unliquidated**<br>**Disputed** | **94,750.00** |
| **NMA Maritime & Offshore Contractors**<br>**Strevelsweg 700**<br>**Rotterdam**<br>**3083 AS, Netherlands** | **NMA Maritime & Offshore Contractors**<br>**Strevelsweg 700**<br>**3083 AS, Netherlands** | | | **869,225.04** |
| **Omni Risk Management**<br>**2100 Westlake Ave N Suite 106**<br>**Seattle, WA 98109** | **Omni Risk Management**<br>**2100 Westlake Ave N Suite 106**<br>**Seattle, WA 98109** | | | **297,221.91** |

B4 (Official Form 4) (12/07) - Cont.

In re    **Yacht Path International, Inc.**                                      Case No. _____
                              Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| Sea Grace Investments Ltd.<br>Attn: Rick Kellogg<br>Trident Chambers; PO Box 146<br>Road Town, Tortola<br>British Virgin Islands | Sea Grace Investments Ltd.<br>Attn: Rick Kellogg<br>Trident Chambers; PO Box 146<br>British Virgin Islands | 135' Cantierri di Pisa | Contingent<br>Unliquidated<br>Disputed | 118,500.00 |
| Sur 93 LLC<br>Attn: Jorge Sampietro<br>6051 Business Center Ct.<br>San Diego, CA 92154 | Sur 93 LLC<br>Attn: Jorge Sampietro<br>6051 Business Center Ct.<br>San Diego, CA 92154 | 93' Broward | Contingent<br>Unliquidated<br>Disputed | 77,114.00 |
| Urban Broadcasting Corp.<br>Attn: Theodore M. White<br>3604 Prospect St. NW<br>Washington, DC 20007 | Urban Broadcasting Corp.<br>Attn: Theodore M. White<br>3604 Prospect St. NW<br>Washington, DC 20007 | 83' Broward | Contingent<br>Unliquidated<br>Disputed | 82,405.00 |
| Westport Shipyard, Inc.<br>Attn: Joe Stipic<br>1807 Nyhus St.<br>PO Box 308<br>Westport, WA 98595 | Westport Shipyard, Inc.<br>Attn: Joe Stipic<br>1807 Nyhus St.<br>Westport, WA 98595 | 112' Westport | Contingent<br>Unliquidated<br>Disputed | 103,000.00 |

### DECLARATION UNDER PENALTY OF PERJURY
### ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date    **March 20, 2013**                                   Signature    **/s/ Dennis Cummings**
                                                                           **Dennis Cummings**
                                                                           **President**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## Southern District of Florida

In re   **Yacht Path International, Inc.**              ,      Case No. _____

                                    Debtor

Chapter _____**11**_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 3 | 0.00 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 259,447.66 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 28 | | 5,124,845.50 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 21 | | 2,155,433.99 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 6 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 61 | | | |
| Total Assets | | | 0.00 | | |
| Total Liabilities | | | | 7,539,727.15 | |

Form 6 - Statistical Summary (12/07)

# United States Bankruptcy Court
## Southern District of Florida

In re  **Yacht Path International, Inc.**             ,        Case No. _____
                                           Debtor
                                           Chapter_____**11**_____

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐  Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

.

In re  **Yacht Path International, Inc.**                                             ,          Case No. _____
                                              Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

| | | | | |
|---|---|---|---|---|
| | | Sub-Total > | **0.00** | (Total of this page) |
| | | Total > | **0.00** | |
| | | (Report also on Summary of Schedules) | | |

__0__   continuation sheets attached to the Schedule of Real Property

B6D (Official Form 6D) (12/07)

In re    **Yacht Path International, Inc.**                                                    ,    Case No. _____
                                          Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | |
| **Henry Mandil c/o Andrew K. Fein Minerley Fein, P.A. 1200 N. Federal Highway, Suite 420 Boca Raton, FL 33432** | X | - | | | | X | | |
| | | | Value $            **Unknown** | | | | **259,447.66** | **Unknown** |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |

__0__ continuation sheets attached

| | Subtotal (Total of this page) | **259,447.66** | **0.00** |
|---|---|---|---|
| | Total (Report on Summary of Schedules) | **259,447.66** | **0.00** |

**B6E (Official Form 6E) (4/10)**

.

In re    **Yacht Path International, Inc.**                                              ,    Case No. _____
                                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

■ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*\* Amount subject to adjustment on 04/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

_____**27**_____ continuation sheets attached

B6E (Official Form 6E) (4/10) - Cont.

In re **Yacht Path International, Inc.** _____ , Case No. _____

Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Deposits by individuals**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | | |
| Account No. | | | | | 38' Fountaine Pajot; 820978 | | | | | |
| 358156 Alberta Ltd./John Carlton Attn: Darlene and John Carlton Box 22132 Grande Prairie, Alberta Canada T8V6X1 | - | | | | | X | X | X | 2,419.00 | 0.00 / 2,419.00 |
| Account No. | | | | | 60' Privilege; 741358 | | | | | |
| A.J. Deitsch Trading Co., Ltd. Attn: Julian Cohen Akara Bldg; 24 The Castro St Road Town, Tortola British Virgin Islands | - | | | | | X | X | X | 74,955.00 | 72,355.00 / 2,600.00 |
| Account No. | | | | | 57' Lagoon; IRI52762C898 | | | | | |
| Ad Astra Charter Limited Attn: Frank Ten Brink 853 Valley Rd. Glencoe, IL 60022 | - | | | | | X | X | X | 45,833.00 | 43,233.00 / 2,600.00 |
| Account No. | | | | | 58' Hatteras | | | | | |
| Ahmed F. Shaker Sky Office Building Jeddah, Saudi Arabia 126767 | - | | | | | X | X | X | 24,975.00 | 22,375.00 / 2,600.00 |
| Account No. | | | | | 82' Sunseeker; 123 | | | | | |
| Air Marine Holdings Ltd. Attn: Lizette Gonzalez Midocean Chambers PO Box 805 Road Town, British Virgin Islands | - | | | | | X | X | X | 71,141.00 | 68,541.00 / 2,600.00 |

Sheet __1__ of __27__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal | | 206,504.00 |
| (Total of this page) | 219,323.00 | 12,819.00 |

B6E (Official Form 6E) (4/10) - Cont.

In re  **Yacht Path International, Inc.** _____ ,    Case No. _____

Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Deposits by individuals**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY — AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J | C | | | | | | |
| Account No. | | | | | | 47' Power Cat | | | | | |
| All Hawaii Cruises, Inc. Attn: Charlene Caminiti 1860 Ala Moana Blvd Suite 414 Honolulu, HI 96815 | - | | | | | | X | X | X | 72,090.00 | 69,490.00 2,600.00 |
| Account No. | | | | | | 78' Ocean Alexander | | | | | |
| Allan McKenzi 27068 Wellington Barrington, IL 60010 | - | | | | | | X | X | X | 43,650.00 | 41,050.00 2,600.00 |
| Account No. | | | | | | 61' Blackwell; CSB039611405 | | | | | |
| Alpha-Con Inc. Attn: H. Allen Stuart PO Box 4129 Kailua Kona, HI 96745 | - | | | | | | X | | | 38,525.00 | 35,925.00 2,600.00 |
| Account No. | | | | | | 52' Cabo; USCHXM0321A212 | | | | | |
| Ames United PTE Ltd. Attn: Andy Chua 2 Jurong East #05-01 IMM Singapor | - | | | | | | X | | | 73,645.00 | 71,045.00 2,600.00 |
| Account No. | | | | | | 38' Ocean; XYU13938C989 | | | | | |
| Andres Romo Leroux Estrada Attn: Matthew Stropes Km 5 1/2 Via a Sombonrondon, Urbanizacion Madeira Guayaquil, Ecuador | - | | | | | | X | X | X | 17,250.00 | 14,650.00 2,600.00 |

Sheet  **2**  of  **27**  continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | |
|---|---|
| Subtotal | 232,160.00 |
| (Total of this page) | 245,160.00    13,000.00 |

B6E (Official Form 6E) (4/10) - Cont.

In re **Yacht Path International, Inc.**
                                              Case No. _____
                    Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Deposits by individuals**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | 43' Young Sun; 432530983 | | | | | | |
| Andrew Bereson 532 C St. San Diego, CA 92101 | - | | | X | X | X | 16,994.00 | 14,394.00 | 2,600.00 |
| Account No. | | | 37' Fountaine | | | | | | |
| Anthony Lee and Tony Lee 16 Marlin Place Manly, Queen Australia 4179 | - | | | X | X | X | 42,935.00 | 40,335.00 | 2,600.00 |
| Account No. | | | 39' Tiara Sovran; SSUMA0631708 | | | | | | |
| Atlantic Wind Inc. Attn: Obarrio, Avenida Samuel Edificio Omega Primer Piso Panama | - | | | X | X | X | 13,969.00 | 11,369.00 | 2,600.00 |
| Account No. | | | 90' Andre Hoek; AMS0702610 | | | | | | |
| Belvedere Shipping Co. Attn: James Saddington Scotia Centre, 4th Floor PO Box 268 George Town, Grand Cayman | - | | | X | X | X | 134,670.00 | 132,070.00 | 2,600.00 |
| Account No. | | | 65' American Custom | | | | | | |
| Berdan Enterprises, LLC Attn: Dan Rosenthal 501 Spectrum Circle Oxnard, CA 93030 | - | | | X | X | X | 44,420.00 | 41,820.00 | 2,600.00 |

Sheet __3__ of __27__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal | 252,988.00 | 239,988.00 |
|---|---|---|---|
| | (Total of this page) | | 13,000.00 |

B6E (Official Form 6E) (4/10) - Cont.

In re   **Yacht Path International, Inc.**                                                    ,        Case No. _____
                                          Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Deposits by individuals**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | | AMOUNT ENTITLED TO PRIORITY |
| Account No. | | | | | 48' Powerboat; UNFCC456K788 | | | | | |
| **Blaine Marine Services** **Attn: Bob Brooks** **199 Marine Drive** **Blaine, WA 98230** | - | | | | | X | X | X | | 32,078.00 |
| | | | | | | | | | 34,678.00 | 2,600.00 |
| Account No. | | | | | 52' Jeanneau; FR-IRI00164B202 | | | | | |
| **Bonair Vista LLC** **Attn: George Champion III** **PO Box 1806** **La Jolla, CA 92038** | - | | | | | X | X | X | | 19,242.00 |
| | | | | | | | | | 21,842.00 | 2,600.00 |
| Account No. | | | | | 44' Lagoon; CNB43099B606 | | | | | |
| **Bruce R. Clark** **2701 Ebbtide Rd.** **Corona Del Mar, CA 92625** | - | | | | | X | X | X | | 2,943.40 |
| | | | | | | | | | 5,543.40 | 2,600.00 |
| Account No. | | | | | 44' Rybovich; 504326 | | | | | |
| **Bruno Rodriguez** **PO BOX 902-3422** **San Juan, PR 00902** | - | | | | | X | X | X | | 13,199.00 |
| | | | | | | | | | 15,799.00 | 2,600.00 |
| Account No. | | | | | 50' Silverton; STNATO95G506 | | | | | |
| **Carl Simone** **527 Lake Road** **Ponte Vedra Beach, FL 32082** | - | | | | | X | X | X | | 3,600.00 |
| | | | | | | | | | 6,200.00 | 2,600.00 |

Sheet **4** of **27** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal | | 71,062.40 |
| (Total of this page) | 84,062.40 | 13,000.00 |

B6E (Official Form 6E) (4/10) - Cont.

In re **Yacht Path International, Inc.** , Case No. _____
                                    Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Deposits by individuals**
TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | | |
| Account No. | | | | 65' Donzi; DMRYA002K687 | | | | | | |
| Carlos Lopez-Lay PO Box 190816 San Juan, PR 00919-0816 | - | | | | X | | | | 19,536.00 | |
| | | | | | | | | 22,136.00 | | 2,600.00 |
| Account No. | | | | 80' Ferretti; 10793491998 | | | | | | |
| Cerca, LLC Attn: Lynn Nieto 2511 Silverside Road Suite 105 Wilmington, DE 19810 | - | | | | X | X | X | | 38,450.00 | |
| | | | | | | | | 41,050.00 | | 2,600.00 |
| Account No. | | | | 46' Sea Ray | | | | | | |
| Christian Ganot Hore Van Den Heuvel Robert, Aquamarina 422, Amazone Road Naho | - | | | | X | X | X | | 11,987.00 | |
| | | | | | | | | 14,587.00 | | 2,600.00 |
| Account No. | | | | 36' Tashiba | | | | | | |
| Christopher Bass 911 Walnut Street, #9147 Green Cove Springs, FL 32043 | - | | | | X | X | X | | 7,402.00 | |
| | | | | | | | | 10,002.00 | | 2,600.00 |
| Account No. | | | | 67' Betram; BERU6009L304 | | | | | | |
| Cigisped USA Attn: Felix Rosario 5522 NW 72nd St Miami, FL 33166 | - | | | | X | X | X | | 32,400.00 | |
| | | | | | | | | 35,000.00 | | 2,600.00 |

Sheet __5__ of __27__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal | 109,775.00
(Total of this page) | 122,775.00 | 13,000.00

B6E (Official Form 6E) (4/10) - Cont.

In re __Yacht Path International, Inc._____,    Case No. _____
                          Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Deposits by individuals**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | | AMOUNT ENTITLED TO PRIORITY |
| Account No. | | | | | 46' Nordhavn; 1115828 | | | | | |
| Cynthia Koudela<br>3411 NW 158th St.<br>Seattle, WA 98155 | - | | | | | X | X | X | | 29,360.00 |
| | | | | | | | | | 31,960.00 | 2,600.00 |
| Account No. | | | | | 40' Meridian | | | | | |
| Daiwa Jyuhan Co. Ltd.<br>Attn: Steven Mandarino<br>1-6-1 Kitasaiwai Nishiku<br>Yokohama, Japan | - | | | | | X | X | X | | 35,152.00 |
| | | | | | | | | | 37,752.00 | 2,600.00 |
| Account No. | | | | | 58' Riviera | | | | | |
| Dan Palmer<br>Attn: Mark Felhofer<br>6225 N. Brady Street<br>Davenport, IA 52806 | - | | | | | X | X | X | | 30,050.00 |
| | | | | | | | | | 32,650.00 | 2,600.00 |
| Account No. | | | | | 151' Delta Motoryacht; NME15103G010 | | | | | |
| Dartmore Assets Limited<br>Attn: Kimberly Capasso<br>Trident Chambers<br>Wickhams Cay, PO Box 146<br>Road Town, Tortola, British Virgin | - | | | | | X | X | X | | 144,925.00 |
| | | | | | | | | | 147,525.00 | 2,600.00 |
| Account No. | | | | | 65' Commercial Custom; 627953 | | | | | |
| David F. Green<br>815 Interlaken Drive<br>New Iberia, LA 70563 | - | | | | | X | X | X | | 51,150.00 |
| | | | | | | | | | 53,750.00 | 2,600.00 |
| Sheet __6___ of __27___ continuation sheets attached to Schedule of Creditors Holding Unsecured Priority Claims | | | | | | Subtotal | | | | 290,637.00 |
| | | | | | | (Total of this page) | | | 303,637.00 | 13,000.00 |

B6E (Official Form 6E) (4/10) - Cont.

In re **Yacht Path International, Inc.** _____ ,    Case No. _____

Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Deposits by individuals**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | | | |
| Account No. | | | | | 34' Catalina Islander; CTYW0030B595 | | | | | | |
| David H. Harrigan 7004 Orozco Dr. Riverside, CA 92506 | - | | | | | X | X | X | | 14,485.00 | |
| | | | | | | | | | 17,085.00 | | 2,600.00 |
| Account No. | | | | | 58' Searay | | | | | | |
| Distribuidora Mariner Attn: Alberto Sasson PO Box 55-2635 Paitilla, Panama | - | | | | | X | X | X | | 24,650.00 | |
| | | | | | | | | | 27,250.00 | | 2,600.00 |
| Account No. | | | | | 40' Cabo; CHXH0129I910-C40X-00129 | | | | | | |
| DK Marine Attn: James Haffey The Iridium, Suite 208 Dubai, UAE | - | | | | | X | | | | 48,555.00 | |
| | | | | | | | | | 51,155.00 | | 2,600.00 |
| Account No. | | | | | 130' Westport; 1528 | | | | | | |
| Dolphin Partner's Ltd. Attn: Bryce Simpson 6847 Cintas Blvd Mason, OH 45040 | - | | | | | X | X | X | | 111,238.00 | |
| | | | | | | | | | 113,838.00 | | 2,600.00 |
| Account No. | | | | | 55' Ocean; XYU055045M84 | | | | | | |
| Dwayne Stidman 6831 Koelber Rd Richmond, TX 77469 | - | | | | | X | | | | 25,150.00 | |
| | | | | | | | | | 27,750.00 | | 2,600.00 |

Sheet __7__ of __27__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal

(Total of this page)    237,078.00

224,078.00

13,000.00

B6E (Official Form 6E) (4/10) - Cont.

In re   **Yacht Path International, Inc.**                                     ,     Case No. _____
                                    **Debtor**

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Deposits by individuals**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | | | |
| Account No. | | | | | 25' Intrepid 245; IBW24116J213 | | | | | | |
| El Salvador Sportfishing S.A. De CV Attn: Carlos Safie Carrertera Panamericana KM 11.5 Ilopango, El Salvador | - | | | | | X | X | X | 3,750.00 | 1,150.00 | 2,600.00 |
| Account No. | | | | | 50' Newman; 972503 | | | | | | |
| Elliott Olson 517 17th Street Santa Monica, CA 90402 | - | | | | | X | X | X | 17,753.00 | 15,153.00 | 2,600.00 |
| Account No. | | | | | 123' Princess | | | | | | |
| Facula Assets Ltd. Attn: Guy Guildford Wickhams Cay Road Town, Briths Virgin Islands | - | | | | | X | X | X | 115,750.00 | 113,150.00 | 2,600.00 |
| Account No. | | | | | 137' Moonen; 194 | | | | | | |
| Ferrum Investment Attn: Yaniv Soovin Trust Company Complex Ajeltake Road, Ajeltake Island Majuro, Majuro Islands | - | | | | | X | X | X | 240,750.00 | 238,150.00 | 2,600.00 |
| Account No. | | | | | 95' Intermarine; RPHO2415A01 | | | | | | |
| Florida Great Lakes Charter Corp. Attn: Rose Avigliano 6120 River Road Hodgkins, IL 60525 | - | | | | | X | X | X | 63,450.00 | 60,850.00 | 2,600.00 |

Sheet __8__ of __27__ continuation sheets attached to Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal (Total of this page) | 441,453.00 | 428,453.00 |
|---|---|---|---|
| | | | 13,000.00 |

B6E (Official Form 6E) (4/10) - Cont.

In re    **Yacht Path International, Inc.**                                              ,    Case No. _____
                              Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Deposits by individuals**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community H / W / J / C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No.                                                        | | | 42' Invincible | | | | | |
| **Forty Ltd.** **Attn: Tony Orton** **Trident Chambers;** **Road Town, Road Town** **British Virgin Islands** | - | | | X | X | X | 90,250.00 | 87,650.00 / 2,600.00 |
| Account No.                                                        | | | 65' Pacific Expedition; NGVPE651F113 | | | | | |
| **Fred Fishman** **PO Box 1551** **North Myrtle Beach, SC 29598** | - | | | X | X | X | 61,842.00 | 59,242.00 / 2,600.00 |
| Account No.                                                        | | | 32' Gulf; 919011 | | | | | |
| **Gary Kunz** **1611 NE Marine** **Portland, OR 97211** | - | | | X | X | X | 1,100.00 | 0.00 / 1,100.00 |
| Account No.                                                        | | | 46' Grand Banks; GNDF021B999 | | | | | |
| **GB46LLC** **Attn: Scott Blake** **1815 Orlando Rd** **San Marino, CA 91108** | - | | | X | X | X | 12,500.00 | 9,900.00 / 2,600.00 |
| Account No.                                                        | | | 58' Meridian; MDNS8005I405 | | | | | |
| **Geoff Wall** **Caves Heights, Building 2, Unit 1B** **Nassau, Bahamas** | - | | | X | X | X | 50,075.00 | 47,475.00 / 2,600.00 |

Sheet **9** of **27** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal | 204,267.00 |
|---|---|---|
| | (Total of this page)    215,767.00 | 11,500.00 |

B6E (Official Form 6E) (4/10) - Cont.

In re   **Yacht Path International, Inc.**                                                    ,   Case No. _____
                                          **Debtor**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Deposits by individuals**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | AMOUNT ENTITLED TO PRIORITY |
| Account No.                                              **56' Taswell; TSQ56010L19Z** | | | | | | | | | |
| **George Shindler**<br>**3171 Travers Ave**<br>**West, BC**<br>**Canada V7V1G4** | - | | | | X | X | X | | 38,150.00 |
| | | | | | | | | 40,750.00 | 2,600.00 |
| Account No.                                              **45' Peterson; PYK450050282** | | | | | | | | | |
| **George Stonecliff**<br>**11503 26th Ave**<br>**Seattle, WA 98146** | - | | | | X | | | | 10,459.00 |
| | | | | | | | | 13,059.00 | 2,600.00 |
| Account No.                                              **58' Selene; XJE 58031L909** | | | | | | | | | |
| **Gerardus Teunes Johannes Nowee**<br>**and Mary Anne Nowee**<br>**Attn: Jerry Nowee**<br>**14601 40' Avenue**<br>**Surrey, BC Canada U3S0L2** | - | | | | X | X | X | | 50,558.00 |
| | | | | | | | | 53,158.00 | 2,600.00 |
| Account No.                                              **161' Trinity** | | | | | | | | | |
| **Glaze Yacht Company Ltd.**<br>**Attn: Celine Bandelac**<br>**G Cali Street**<br>**Ta'xbiex, Malta, Malta** | - | | | | X | X | X | | 212,400.00 |
| | | | | | | | | 215,000.00 | 2,600.00 |
| Account No.                                              **60' Princess; VSC60041H213** | | | | | | | | | |
| **Guillermo Tous**<br>**Arturo Rivera Mujica St. A-5**<br>**Guaynabo, PR 00966** | - | | | | X | X | X | | 25,170.00 |
| | | | | | | | | 27,770.00 | 2,600.00 |

Sheet __10__ of __27__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

|  | Subtotal | 336,737.00 |
|---|---|---|
| (Total of this page) | 349,737.00 | 13,000.00 |

B6E (Official Form 6E) (4/10) - Cont.

In re  **Yacht Path International, Inc.**                                      ,  Case No. _____
                                    Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Deposits by individuals**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | | |
| Account No. | | | | | 64' Hatteras; HATGW6171607 | | | | | |
| Hatteras Holdings, LLC Attn: Mike Shrosbree 3511 Silverside Road, Suite 105 Wilmington, DE 19810 | - | | | | | X | X | X | | 24,840.00 |
| | | | | | | | | | 27,440.00 | 2,600.00 |
| Account No. | | | | | 72' Oyster w/ Rib; OYM0050NG606 | | | | | |
| Holo Kai LLC Attn: Chase Leavitt 3511 Silverside Road Suite 105 Wilmington, DE 19810 | - | | | | | X | X | X | | 46,650.00 |
| | | | | | | | | | 49,250.00 | 2,600.00 |
| Account No. | | | | | 58' Merritt; MBN58069K999 | | | | | |
| HT Hook LLC Attn: Harry Shufflebarger 19050 SE Country Club Drive Jupiter, FL 33469 | - | | | | | X | X | X | | 26,662.00 |
| | | | | | | | | | 29,262.00 | 2,600.00 |
| Account No. | | | | | 38' Nauticat | | | | | |
| James and Sarah Taylor Attn: Jim Taylor CMR 420 Box 256 APO, Heidelberg, Germany 09063 | - | | | | | X | X | X | | 12,185.00 |
| | | | | | | | | | 14,785.00 | 2,600.00 |
| Account No. | | | | | 49' Defever; FEF49060888 | | | | | |
| James W. Roberts III 411 Walnut Street #3824 Green Cove Springs, FL 32043 | - | | | | | X | X | X | | 34,027.00 |
| | | | | | | | | | 36,627.00 | 2,600.00 |

Sheet __11__ of __27__ continuation sheets attached to

Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal | | 144,364.00 |
| (Total of this page) | 157,364.00 | 13,000.00 |

B6E (Official Form 6E) (4/10) - Cont.

In re  **Yacht Path International, Inc.**                                                    ,        Case No. _____
                                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Deposits by individuals**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | | |
| Account No. | | | | | 63' Revenge; 1029494 | | | | | |
| John Gudelsky 1021 Gulfstream Way West Palm Beach, FL 33404 | - | | | | | X | X | X | | 31,802.00 |
| | | | | | | | | | 34,402.00 | 2,600.00 |
| Account No. | | | | | 76' Nordhavn; PAI76017E010 | | | | | |
| John M. Chaput 1313 Maple St. Big Rapids, MI 49307 | - | | | | | X | X | X | | 12,370.60 |
| | | | | | | | | | 14,970.60 | 2,600.00 |
| Account No. | | | | | 40' Luhrs; HUNZ00651990 | | | | | |
| Kahled Chami 2649 Brenner Dallas, TX 75220 | - | | | | | X | | | | 32,202.00 |
| | | | | | | | | | 34,802.00 | 2,600.00 |
| Account No. | | | | | 50' Steel Motor Sailer | | | | | |
| Ken Dubach 9786 North Foothills Highway Longmont, CO 80503 | - | | | | | X | X | X | | 16,400.00 |
| | | | | | | | | | 19,000.00 | 2,600.00 |
| Account No. | | | | | 46' Silverton; STNAHO61J102 | | | | | |
| Kenneth E Farst and Candice K Farst Attn: Ken Farst 311 Dunnigan Dr. Vandalia, OH 45377 | - | | | | | X | X | X | | 23,858.00 |
| | | | | | | | | | 26,458.00 | 2,600.00 |

Sheet **12** of **27** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal | 116,632.60 |
|---|---|---|
| | (Total of this page) | 129,632.60 | 13,000.00 |

B6E (Official Form 6E) (4/10) - Cont.

In re    **Yacht Path International, Inc.**                                    ,    Case No. _____

                                           **Debtor**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Deposits by individuals**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | | | |
| Account No. | | | | | 41' Silverton 410 SB; STNAG165L405 | | | | | | |
| Kent E. Skogerson 19994 Caulee View Rd NE Electric City, WA 99123 | - | | | | | X | X | X | | 12,135.00 | |
| | | | | | | | | | 14,735.00 | | 2,600.00 |
| Account No. | | | | | 50' Ocean Alexander; 6525349 | | | | | | |
| Kenward F. Kolar Attn: Shane Walsh PO Box 370 Moulton, TX 77975 | - | | | | | X | X | X | | 32,400.00 | |
| | | | | | | | | | 35,000.00 | | 2,600.00 |
| Account No. | | | | | 34' Gemini; G1090 | | | | | | |
| Kevin E. Kaylor 1828 Colleen Drive Orlando, FL 32809 | - | | | | | X | X | X | | 17,633.00 | |
| | | | | | | | | | 20,233.00 | | 2,600.00 |
| Account No. | | | | | 45' Cruiser; CRSTBA18001 | | | | | | |
| La Belletoile, Societe Anonyme Attn: Mr. Javier Martinez-Campos 49 Main Street, PO Box 186 Road Town, Tortola British Virgin Islands | - | | | | | X | X | X | | 21,565.00 | |
| | | | | | | | | | 24,165.00 | | 2,600.00 |
| Account No. | | | | | 108' Sunseeker; 80085 | | | | | | |
| La Gioconda Ltd. Attn: Brian Hardman Suite 1, Level 15, The Business Tower Portomaso, St. Julians | - | | | | | X | X | X | | 92,150.00 | |
| | | | | | | | | | 94,750.00 | | 2,600.00 |

Sheet __13__ of __27__ continuation sheets attached to        Subtotal                      | 175,883.00 |
Schedule of Creditors Holding Unsecured Priority Claims    (Total of this page)    188,883.00 | 13,000.00 |

B6E (Official Form 6E) (4/10) - Cont.

In re    **Yacht Path International, Inc.**
_____ ,    Case No. _____
                          Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Deposits by individuals**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | Husband, Wife, Joint, or Community / DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | 44' Sportfish; GN144026H202 | | | | | |
| **Last Chance Marine** **Attn: Brit Robinson** **100 W MLK Blvd** **Suite 600 Krystal Bldg** **Chattanooga, TN 37402** | - | | | X | X | X | 21,864.00 | 19,264.00 / 2,600.00 |
| Account No. | | | 62' Azimut; XAX62S83G910 | | | | | |
| **Laurence Runsdorf** **5883 NW 25th Ct** **Boca Raton, FL 33496** | - | | | X | X | X | 36,575.00 | 33,975.00 / 2,600.00 |
| Account No. | | | 42' Nauticat; SLT4L060F303 | | | | | |
| **Lloyd Taylor** **0340 SW Idaho Street** **Portland, OR 97239** | - | | | X | X | X | 14,491.00 | 11,891.00 / 2,600.00 |
| Account No. | | | 80' Leopard | | | | | |
| **Lodestar Limited** **Attn: Alex Antonov** **Trust Company Complex, Ajeltake Road** **Majuro, MH96960** | - | | | X | X | X | 48,505.00 | 45,905.00 / 2,600.00 |
| Account No. | | | 87' Johnson; 70711 | | | | | |
| **Mako Marine Ventures Ltd.** **Peter Spinelli** **11500 S. Easter Avenue Suite 120** **Henderson, NV 89052** | - | | | X | X | X | 39,814.00 | 37,214.00 / 2,600.00 |

Sheet **14** of **27** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal | | 148,249.00 |
|---|---|---|---|
| | (Total of this page) | 161,249.00 | 13,000.00 |

B6E (Official Form 6E) (4/10) - Cont.

In re **Yacht Path International, Inc.** , Case No. _____
_____
Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Deposits by individuals
_____
TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | | | |
| Account No. | | | | | 42' Yellowfin; YFY42010E808 | | | | | | |
| Mako Marine Ventures Ltd. Peter Spinelli 11500 S. Easter Avenue Suite 120 Henderson, NV 89052 | - | | | | | X | X | X | 12,430.00 | 9,830.00 | 2,600.00 |
| Account No. | | | | | 49' Jet-Craft | | | | | | |
| Mamas Trading Attn: Stelios Pontzis Muscat Airport 111 Sultanate of Oman Muscat, Muscat 111 | - | | | | | X | | | 52,550.00 | 49,950.00 | 2,600.00 |
| Account No. | | | | | 105' Horizon; HRN10510L405 | | | | | | |
| Marin International Yacht Sales Attn: Bryan Whitney 235 Posada Del Sol Novato, CA 94949 | - | | | | | X | X | X | 68,250.00 | 65,650.00 | 2,600.00 |
| Account No. | | | | | 47' Canoe Cove | | | | | | |
| Mark Brundell and Kristine Brundell 12/2758 158 St. Surrey, BC Canada, V3S3K3 | - | | | | | X | | | 26,400.00 | 23,800.00 | 2,600.00 |
| Account No. | | | | | 68' Horizon; EMS68603J708 | | | | | | |
| McCord Family Trust dtd 1/14/98 Attn: Frank and Janet McCord 1611 Santa Barbara Lane Huntington Beach, CA 92649 | - | | | | | X | X | X | 53,025.00 | 50,425.00 | 2,600.00 |

Sheet __15__ of __27__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

| | | |
|---|---|---|
| | | 199,655.00 |
| 212,655.00 | | 13,000.00 |

B6E (Official Form 6E) (4/10) - Cont.

In re   **Yacht Path International, Inc.**                                    Case No. _____
_____ ,
                            Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Deposits by individuals**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CO DEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | 40' Valiant; UNF03194M82A | | | | | | |
| Michael Moore 2326 NW 99th Street Seattle, WA 98117 | - | | | X | X | X | | 9,400.00 | |
| | | | | | | | 12,000.00 | | 2,600.00 |
| Account No. | | | 56' Viking | | | | | | |
| Michael Waite 355 Lake Road Menasha, WI 54952 | - | | | X | X | X | | 28,950.00 | |
| | | | | | | | 31,550.00 | | 2,600.00 |
| Account No. | | | 88' Sunseeker; GDXSK05389F112 | | | | | | |
| Miracle Marine Ventures Attn: Ignacio Gil Palm Chambers; 197 Main Street Road Town, Tortola British Virgin Islands | - | | | X | X | X | | 53,500.00 | |
| | | | | | | | 56,100.00 | | 2,600.00 |
| Account No. | | | 65' Viking Sport Fish; VKY65347C202 | | | | | | |
| Miss Rich II Corp Attn: Glenn Richardson 16328 W LA Hwy 330 Abbeville, LA 70510 | - | | | X | X | X | | 25,384.00 | |
| | | | | | | | 27,984.00 | | 2,600.00 |
| Account No. | | | 78' Azimut; RI-75079-H.78142 | | | | | | |
| Money Pitt Ltd. Attn: Morris Erbesh Bank of Scotia Bldg. George Town, Cayman Island | - | | | X | X | X | | 37,400.00 | |
| | | | | | | | 40,000.00 | | 2,600.00 |

Sheet _16_ of _27_ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal | 154,634.00
(Total of this page) | 167,634.00 | 13,000.00

B6E (Official Form 6E) (4/10) - Cont.

In re    **Yacht Path International, Inc.**                                    ,    Case No. _____
                                          Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Deposits by individuals**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | 48' Kadey Krogen; 1084410 | | | | | |
| Neal and Lynn Parker 10004 Rainier Ave. S. Seattle, WA 98178 | - | | | X | X | X | 19,725.00 | 17,125.00 / 2,600.00 |
| Account No. | | | 47' Grand Banks; GBDV00731809 | | | | | |
| Neil Wilshire 1005 Beach Ave Vancouver, BC Canada V6E3W2 | - | | | X | X | X | 9,822.00 | 7,222.00 / 2,600.00 |
| Account No. | | | 46' Nordhavn; PAI46007L989 | | | | | |
| Neville Hansen 170 W. Cochran St. Simi Valley, CA 93065 | - | | | X | X | X | 15,178.00 | 12,578.00 / 2,600.00 |
| Account No. | | | 73' Ferretti; XFA73148G910 | | | | | |
| Niko II Marine Ventures Ltd Attn: Francesco Lignarolo Palm Chambers;197 Mainstreet PO Box 4493 Road Town, Tortola British Virgin Islands | - | | | X | X | X | 55,000.00 | 52,400.00 / 2,600.00 |
| Account No. | | | 70' Neptunus; NCL70006F101 | | | | | |
| NTG, Ltd. Attn: Mark Felhofer 500 N. Franklin Street Chicago, IL 60654 | - | | | X | X | X | 39,250.00 | 36,650.00 / 2,600.00 |

Sheet _17_ of _27_ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

|  | Subtotal | 138,975.00 | 125,975.00 |
|---|---|---|---|
| | (Total of this page) | | 13,000.00 |

B6E (Official Form 6E) (4/10) - Cont.

In re    **Yacht Path International, Inc.**                                          ,    Case No. _____
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Deposits by individuals**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Ocean Travel Limited**<br>**Attn: Anne Messeri**<br>**Tortola**<br>**British Virgin Islands** | - | | 60' Fountain Pajot; FR.FPA 16025 B808 | X | X | X | 12,610.00 | 10,010.00 | 2,600.00 |
| Account No.<br><br>**P & P Marine**<br>**Attn: Francisco Bulnes**<br>**PO Box 383**<br>**Pacific Palisades, CA 90272** | - | | 51' Sea Ray; SERY0812K001 | X | X | X | 42,762.00 | 40,162.00 | 2,600.00 |
| Account No.<br><br>**Pacific Hawk, LLC**<br>**Attn: Craig Adams**<br>**205 SE Spokane St. Suite 373**<br>**Portland, OR 97202** | - | | 42' Grand Banks; GNDD1550J405 | X | X | X | 15,350.00 | 12,750.00 | 2,600.00 |
| Account No.<br><br>**Paul Helyer**<br>**16 Shelford Road #04-13**<br>**16B Shelford Suites**<br>**Singapore 286653** | - | | 40' Tiara Exp; SSUM40051394 | X | X | X | 33,500.00 | 30,900.00 | 2,600.00 |
| Account No.<br><br>**Paul Steele**<br>**4100 Hay Rd.**<br>**Lutz, FL 33559** | - | | 38' Rampage; RPGUSA59E001 | X | X | X | 14,898.00 | 12,298.00 | 2,600.00 |

Sheet **18** of **27** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal | 106,120.00 |
|---|---|---|
| | (Total of this page) 119,120.00 | 13,000.00 |

B6E (Official Form 6E) (4/10) - Cont.

In re **Yacht Path International, Inc.**                                        Case No. _____
                                                    ,
                                   Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Deposits by individuals**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | | | |
| Account No. | | | | | 78' Garlington | | | | | | |
| **Paxson Offield** **101 Veudecou Ave** **Avalon, CA 90704** | - | | | | | X | X | X | | 70,890.00 | |
| | | | | | | | | | 73,490.00 | | 2,600.00 |
| Account No. | | | | | 32' Searay; SERT4510E404 | | | | | | |
| **Philip K. Yachmetz** **4 Valley Forge Rd.** **Oakland, NJ 07436** | - | | | | | X | X | X | | 5,053.00 | |
| | | | | | | | | | 7,653.00 | | 2,600.00 |
| Account No. | | | | | 42' Catalina; 533 | | | | | | |
| **Philip R. Habegger** **91 E. Rhododendron Drive** **Port Townsend, WA 98368** | - | | | | | X | X | X | | 12,749.00 | |
| | | | | | | | | | 15,349.00 | | 2,600.00 |
| Account No. | | | | | 109' Hatteras; HATEE3091495 | | | | | | |
| **Prospero LLC** **Attn: Dirk Sachse** **250 N. Hansard** **PO Box 39** **Lebanon, OR 97355** | - | | | | | X | X | X | | 60,870.00 | |
| | | | | | | | | | 63,470.00 | | 2,600.00 |
| Account No. | | | | | 54' Betram; 930668 | | | | | | |
| **Raymond J. Paige** **70221 Calico Road** **Rancho Mirage, CA 92270** | - | | | | | X | X | X | | 20,552.00 | |
| | | | | | | | | | 23,152.00 | | 2,600.00 |

Sheet __19__ of __27__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal | 170,114.00 | |
|---|---|---|---|
| | (Total of this page) | 183,114.00 | 13,000.00 |

B6E (Official Form 6E) (4/10) - Cont.

In re **Yacht Path International, Inc.** ,      Case No. _____
                        Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Deposits by individuals**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community |  | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | | | |
| Account No.<br><br>Rebecca Patchin<br>Attn: John Sears<br>18195 Kross Rd<br>Riverside, CA 92508 | - | | | 45' Morgan | X | X | X | 15,432.00 | 12,832.00 | 2,600.00 |
| Account No.<br><br>Richard Arcand<br>82 52304 Range Rd 233<br>Sherwood, PK<br>Alberta, Canada T8B1C9 | - | | | 65' Marquis | X | X | X | 37,432.50 | 34,832.50 | 2,600.00 |
| Account No.<br><br>Richard Phillips<br>13839 Sunny Court SE<br>Rainier, WA 98576 | - | | | 49' Taswell; TSQ49040G697 | X | X | X | 5,997.00 | 3,397.00 | 2,600.00 |
| Account No.<br><br>Robert A. Linden, Maureen A. Orr<br>Attn: Maureen Orr<br>16 River Drive<br>Alamosa, CO 81101 | - | | | 33' Hunter; HUN33178D404 | X | X | X | 9,141.00 | 6,541.00 | 2,600.00 |
| Account No.<br><br>Robert Bradley<br>2567 Princes Highway<br>Port Fairy, Victoria<br>Canada 3284 | - | | | 43' Leopard 2007 | X | X | X | 51,155.00 | 48,555.00 | 2,600.00 |

Sheet __20__ of __27__ continuation sheets attached to     Subtotal     106,157.50

Schedule of Creditors Holding Unsecured Priority Claims     (Total of this page)     119,157.50     13,000.00

B6E (Official Form 6E) (4/10) - Cont.

In re     **Yacht Path International, Inc.**                                              Case No. _____
                                                               ,
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Deposits by individuals**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY — AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | | |
| Account No. | | | | | 76' Custom; 398744 | | | | | 48,150.00 |
| Rum Jungle Properties Attn: Bruce Foy 80 Brook St. Mayfair, London W1K5DD | - | | | | | X | | | 50,750.00 | 2,600.00 |
| Account No. | | | | | 58' Donzi; YDR58009C606 | | | | | 36,430.00 |
| S & 3M LLC Attn: David Baker 1422 Woodland Drive Saline, MI 48176 | - | | | | | X | X | X | 39,030.00 | 2,600.00 |
| Account No. | | | | | 55' Sea Ray; SERY833A101 | | | | | 23,040.00 |
| Sawchuk Intl Real Estate Services Inc. Attn: Benjamin Sawchuk 588-Lowry Lane North Vancouver, BC Canada V7G 1R3 | - | | | | | X | X | X | 25,640.00 | 2,600.00 |
| Account No. | | | | | 40' Beneteau; 0607 | | | | | 7,950.00 |
| Schwimmwagen Inc. Attn: Gerhard Plaschka 1209 Orange St. Wilmington, DE 19801 | - | | | | | X | | | 10,550.00 | 2,600.00 |
| Account No. | | | | | 44' Gulfstar | | | | | 12,449.00 |
| Scott Stoner PO Box 1036 Woodinville, WA 98072 | - | | | | | X | X | X | 15,049.00 | 2,600.00 |

Sheet **21** of **27** continuation sheets attached to       Subtotal       | 128,019.00 |
Schedule of Creditors Holding Unsecured Priority Claims   (Total of this page)  141,019.00   13,000.00

B6E (Official Form 6E) (4/10) - Cont.

In re **Yacht Path International, Inc.** , Case No. _____
                                          Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Deposits by individuals

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community H / W / J / C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | 61' Viking; VSC61036G203 | | | | | | |
| Scott W. Stewart Living Trust Attn: Scott Stewart 700 Lake Shore Grafton, WI 53024 | - | | | X | X | X | 28,517.00 | 25,917.00 | 2,600.00 |
| Account No. | | | 135' Cantierri di Pisa | | | | | | |
| Sea Grace Investments Ltd. Attn: Rick Kellogg Trident Chambers; PO Box 146 Road Town, Tortola British Virgin Islands | - | | | X | X | X | 118,500.00 | 115,900.00 | 2,600.00 |
| Account No. | | | 78' Johnson; SERY1769E213 | | | | | | |
| Seven D's LLC Attn: Daniel Dobin One Bay Colony Lane Fort Lauderdale, FL 33308 | - | | | X | X | X | 67,040.00 | 64,440.00 | 2,600.00 |
| Account No. | | | 70' Viking; VKY70701H011 | | | | | | |
| Seven J's Marine LLC Attn: Neil Peterson 757 SE 17th Street #1124 Fort Lauderdale, FL 33316 | - | | | X | X | X | 48,216.00 | 45,616.00 | 2,600.00 |
| Account No. | | | 55' Ocean Supersport; XYU10055FE86 | | | | | | |
| Stan C. Stewart PO Box 668 La Conner, WA 98257 | - | | | X | X | X | 44,610.00 | 42,010.00 | 2,600.00 |

Sheet _22_ of _27_ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal | 293,883.00 |
|---|---|---|
| (Total of this page) | 306,883.00 | 13,000.00 |

B6E (Official Form 6E) (4/10) - Cont.

In re    **Yacht Path International, Inc.**                                    ,    Case No. _____
                                        Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Deposits by individuals**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | | | |
| Account No. | | | | | 55' Fleming; FAL55176G607 | | | | | | |
| Stanford Clinton, Jr. 5900 Columbine Drive PO Box 7420 Jackson, WY 83002 | - | | | | | X | X | X | 7,080.00 | 4,480.00 | 2,600.00 |
| Account No. | | | | | 48' Endeavour; ECR48605E809 | | | | | | |
| Stanley J. Anderson 10303 Channel Rd. Lakeside, CA 92040 | - | | | | | X | X | X | 6,000.00 | 3,400.00 | 2,600.00 |
| Account No. | | | | | 53' Carver; CDRK2282G203 | | | | | | |
| Steve Shulman 3986 Sequoia St. San Diego, CA 92109 | - | | | | | X | X | X | 18,835.00 | 16,235.00 | 2,600.00 |
| Account No. | | | | | 42' Grand Banks | | | | | | |
| Sum Chee Keong Attn: CK Sum 110-C, Sixth Ave Singapore | - | | | | | X | X | X | 30,880.00 | 28,280.00 | 2,600.00 |
| Account No. | | | | | 93' Broward | | | | | | |
| Sur 93 LLC Attn: Jorge Sampietro 6051 Business Center Ct. San Diego, CA 92154 | - | | | | | X | X | X | 77,114.00 | 74,514.00 | 2,600.00 |

Sheet **23** of **27** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal | 126,909.00 | |
|---|---|---|---|
| | (Total of this page) | 139,909.00 | 13,000.00 |

B6E (Official Form 6E) (4/10) - Cont.

In re    **Yacht Path International, Inc.**                                          ,    Case No. _____
                                        Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Deposits by individuals**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | 58' Merritt; MBN58070D000 | | | | | |
| Thomas Braman One O'Connor Plaza Suite 1100 Victoria, TX 77901 | - | | | X | X | X | 30,294.00 | 27,694.00 / 2,600.00 |
| Account No. | | | 45' Viking Express; VKY45924F06 | | | | | |
| Tobi Marine Trading Co. Ltd. Attn: Ned Bruck 4-38-2 Keichiro, Ota-Ku Tokyo, Japan | - | | | X | X | X | 15,750.00 | 13,150.00 / 2,600.00 |
| Account No. | | | 34' Boston Whaler; BWCE0740K213 | | | | | |
| Turistica La Esocia S.A. Attn: Rene Chamorro Managua, Nicaragua | - | | | X | X | X | 12,846.00 | 10,246.00 / 2,600.00 |
| Account No. | | | 55' Hylas; HYS54006B899 | | | | | |
| Twilight Yacht Charters Attn: William Schriber 1038 W. Balboa Ave Newport Beach, CA 92661 | - | | | X | X | X | 37,530.00 | 34,930.00 / 2,600.00 |
| Account No. | | | 83' Broward | | | | | |
| Urban Broadcasting Corp. Attn: Theodore M. White 3604 Prospect St. NW Washington, DC 20007 | - | | | X | X | X | 82,405.00 | 79,805.00 / 2,600.00 |

Sheet **24** of **27** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal | | 165,825.00 |
| (Total of this page) | 178,825.00 | 13,000.00 |

B6E (Official Form 6E) (4/10) - Cont.

In re   **Yacht Path International, Inc.**                                    ,   Case No. _____
                                          **Debtor**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Deposits by individuals**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | | | |
| Account No. | | | | 75' Henry Grebe; 153 | | | | | | |
| Veritas Coffee Company Attn: John Hamilton 686 NW Yprk Dr. Bend, OR 97701 | - | | | | X | X | X | | 28,150.00 | |
| | | | | | | | | 30,750.00 | | 2,600.00 |
| Account No. | | | | 112' Westport | | | | | | |
| Westport Shipyard, Inc. Attn: Joe Stipic 1807 Nyhus St. PO Box 308 Westport, WA 98595 | - | | | | X | X | X | | 100,400.00 | |
| | | | | | | | | 103,000.00 | | 2,600.00 |
| Account No. | | | | 97' Horizon | | | | | | |
| WIN PRD Yacht Co Ltd. Attn: Adam Smith PO Box 895 Road Town, Tortola British Virgin Islands | - | | | | X | X | X | | 68,295.00 | |
| | | | | | | | | 70,895.00 | | 2,600.00 |
| Account No. | | | | 65' Motor Yacht; OSH6209711 | | | | | | |
| Windsong, LLC Attn: Andy Wilson 7772 Fisher Island Dr. Miami Beach, FL 33109 | - | | | | X | X | X | | 49,747.00 | |
| | | | | | | | | 52,347.00 | | 2,600.00 |
| Account No. | | | | 68' Azimut; XAX68112F607 | | | | | | |
| Zeus Marine Ventures Ltd. Attn: Javier Martinez-Campos Palm Chambers, 197 Main Street PO Box 4493, Road Town, Tortola British Virgin Islands | - | | | | X | X | X | | 48,853.00 | |
| | | | | | | | | 51,453.00 | | 2,600.00 |

Sheet __25__ of __27__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal | 295,445.00 |
|---|---|---|
| | (Total of this page) | 308,445.00 | 13,000.00 |

Software Copyright (c) 1996-2013 - CCH INCORPORATED - www.bestcase.com                                          Best Case Bankruptcy

B6E (Official Form 6E) (4/10) - Cont.

In re    **Yacht Path International, Inc.**                                          ,    Case No. _____
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | | |
| Account No.<br><br>**Florida Department of Revenue**<br>**Florida Dept. of Revenue**<br>**5050 W. Tennessee St.**<br>**Tallahassee, FL 32399-0135** | - | | | | | | | Unknown<br><br>Unknown | Unknown<br><br>Unknown |
| Account No.<br><br>**Internal Revenue Service**<br>**Attn: Special Procedures**<br>**P.O. Box 34045**<br>**Stop 572**<br>**Jacksonville, FL 32202** | - | | | | | | | Unknown<br><br>Unknown | Unknown<br><br>Unknown |
| Account No.<br><br>**Internal Revenue Service**<br>**P.O. Box 7346**<br>**Philadelphia, PA 19114** | - | | | | | | | Unknown<br><br>Unknown | Unknown<br><br>Unknown |
| Account No.<br><br>**New York State Department of Taxation**<br>**and Finance**<br>**Bankruptcy Section**<br>**PO Box 5300**<br>**Albany, NY 12205-0300** | - | | | | | | | Unknown<br><br>Unknown | Unknown<br><br>Unknown |
| Account No.<br><br>**SEC Headquarters**<br>**100 F Street, NE**<br>**Washington, DC 20549** | - | | | | | | | Unknown<br><br>Unknown | Unknown<br><br>Unknown |

Sheet **26** of **27** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal | 0.00 | |
|---|---|---|---|
| | (Total of this page) | 0.00 | 0.00 |

B6E (Official Form 6E) (4/10) - Cont.

In re    **Yacht Path International, Inc.** _____ ,    Case No. _____
                              Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | |
| **Securities and Exchange Commission 801 Brickell Ave., Suite 1800 Miami, FL 33131** | - | | | | | | Unknown | **Unknown** Unknown |
| Account No. | | | | | | | | |
| **United States Attorney General's Office US Department of Justice 950 Pennsylvania Avenue Washington, DC 20530-0001** | - | | | | | | Unknown | **Unknown** Unknown |
| Account No. | | | | | | | | |
| **US Attorney Southern District of Florida 500 East Broward Boulevard Fort Lauderdale, FL 33394** | - | | | | | | Unknown | **Unknown** Unknown |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |

| Sheet  __27__  of  __27__  continuation sheets attached to Schedule of Creditors Holding Unsecured Priority Claims | Subtotal (Total of this page) | 0.00 | 0.00 0.00 |
|---|---|---|---|
| | Total (Report on Summary of Schedules) | 5,124,845.50 | 4,801,526.50 323,319.00 |

B6F (Official Form 6F) (12/07)

In re **Yacht Path International, Inc.** ,                    Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Africa Port Services Ltd.** <br> **11B Burma Road, Apapa** <br> **Lagos, Nigeria** | | - | | | | | **629.08** |
| Account No. <br><br> **Alain Mees and Sarl Faceal, Inc.** <br> **c/o Josua Entin** <br> **Rosen, Switkes & Entin, P.L.** <br> **407 Lincoln Road, PH SE** <br> **Miami Beach, FL 33139** | X | | | X | X | X | **Unknown** |
| Account No. <br><br> **Alan MacKenzie** <br> **c/o Hill, Betts & Nash LLP** <br> **1515 SE 17th Street, Suite A115** <br> **Fort Lauderdale, FL 33316** | X | - | | X | X | X | **Unknown** |
| Account No. <br><br> **Alexandria Holdings, LLC** <br> **c/o Justin B. Uhlemann** <br> **McDermott, Will & Emery** <br> **333 Avenue of the Americas, Suite 4500** <br> **Miami, FL 33131** | X | - | | | | | **Unknown** |

__20__ continuation sheets attached

Subtotal
(Total of this page)     **629.08**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Yacht Path International, Inc.** _____ ,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| **Allegiance Crane & Equipment** **c/o Robert Lerner** **Sprechman & Associates** **2775 Sunny Isles Blvd, Suite 100** **North Miami Beach, FL 33160** | - | | | | | | | **Unknown** |
| Account No. | | | | | | | | |
| **Ames United PTE Ltd.** **c/o Barry J. Thompson** **Hogan Lovells US LLP** **1999 Avenue of the Stars, Suite 1400** **Los Angeles, CA 90067** | - | | | | X | X | X | **Unknown** |
| Account No. | | | | | | | | |
| **Argonautics Marine Engineering, Inc.** **170 Windsor River Road, Suite B** **Windsor, CA 95492** | - | | | | | | | **1,307.50** |
| Account No. | | | | | | | | |
| **Art Books Sea Company** **c/o Craig M. Nicholas** **Nicholas & Butler, LLP** **225 Broadway, 19th Floor** **San Diego, CA 92101** | - | | | | | | | **Unknown** |
| Account No. | | | | | | | | |
| **Aurora Global Logistics PTY** **Level 1, 48 McConnell St** **Bulimba QLD** **4171, Australia** | - | | | | | | | **7,178.88** |

Sheet no. __1__ of __20__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**8,486.38**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Yacht Path International, Inc.**                                    ,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **B & B Marine Consultants** **2121 Georgia Avenue** **Englewood, FL 34223** | | - | | | | | 3,856.00 |
| Account No. | | | | | | | |
| **Balearic International Marine Survey S.L** **Apdo. Correos 20139** **Palma de Mallorca** **07080, Spain** | | - | | | | | 591.81 |
| Account No. | | | | | | | |
| **Beluga Chartering GMBH** **c/o Jonathan Skipp - Horr, Novak & Skipp** **Two Datran Center, Suite 1700** **9130 S Dadeland Blvd** **Miami, FL 33156** | | - | | X | X | X | 114,364.57 |
| Account No. | | | | | | | |
| **BJ Macfarlane & Co.** **4 Lombard Street** **London** **EC3V 9HD, United Kingdom** | | - | | | | | 2,437.93 |
| Account No. | | | | | | | |
| **Bruno Rodriguez** **c/o Carlos Romero, Jr.** **Post & Romero** **3195 Ponce de Leon Blvd, Suite 400** **Miami, FL 33134** | X | - | | X | X | X | Unknown |

Sheet no. __2__ of __20__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

121,250.31

B6F (Official Form 6F) (12/07) - Cont.

In re  **Yacht Path International, Inc.**                                   ,     Case No. _____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Capt. Felix Iniguez Street N. Eleven 159-A Zona Centro Ensenada BC 22800, Mexico | - | | | | | | | 2,650.00 |
| Account No. | | | | | | | | |
| Central Asia Trading Company Int'l c/o Allison L. Friedman Allison L. Friedman, PA 20533 Biscayne Blvd, Suite 4-435 Miami, FL 33180 | - | | | | X | X | X | Unknown |
| Account No. | | | | | | | | |
| Central Asia Trading Company Inter'l c/o Allison L. Friedman, PA 20533 Biscayna Blvd, Suite 4-435 Aventura, FL 33180 | - | | | | | | | Unknown |
| Account No. | | | | | | | | |
| Central Window Cleaning PO Box 1772 Jupiter, FL 33468 | - | | | | | | | 25.44 |
| Account No. | | | | | | | | |
| CHIPOLBROK America, Inc. 16945 Northchase Drive # 2300 Houston, TX 77060 | - | | | | | | | 215,000.00 |

Sheet no. __3__ of __20__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **217,675.44**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Yacht Path International, Inc.**　　　　　　　　　　　　　，　Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| CHIPOLBROK, Chinese-Polish Joint Shipping Company; c/o John A. Orzel Carroll, McNulty & Kull 120 Mountain View Blvd. PO Box 650 Basking Ridge, NJ 07920 | X | - | | | | | | Unknown |
| Account No. | | | | | | | | |
| City of Riviera Beach Marina 200 East 13th St. Att: Marina Office West Palm Beach, FL 33404 | | - | | | | | | 429.21 |
| Account No. | | | | | | | | |
| Clifton Shipping Agency, Ltd. 26 Main Street Suite 52 & 53, Victoria House Gibrlatar GBZ 001, United Kingdom | | - | | | | | | 580.00 |
| Account No. | | | | | | | | |
| D.O.A. Charter, Ltd. c/o Robert McIntosh McIntosh, Schwartz P.L. 888 S.E. 3rd Ave. Suite 500 Fort Lauderdale, FL 33316 | X | - | | | X | X | X | Unknown |
| Account No. | | | | | | | | |
| Dan Palmer, NTG Ltd., The Scott W. Stewart Living Trust and Mike Waite Hill, Betts & Nash LLP 1515 SE 17th Street, Suite A115 Fort Lauderdale, FL 33316 | X | - | | | X | X | X | Unknown |

Sheet no. __4__ of __20__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**1,009.21**

B6F (Official Form 6F) (12/07) - Cont.

In re __Yacht Path International, Inc.__ ,                    Case No. _____

    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Dariusz Borkowski Calle Goleta 78 07350 Binissalem Palma de Mallorca 07080, Spain | | - | | | | | | 8,456.54 |
| Account No. | | | | | | | | |
| Dartmore Assets Limited c/o Gennifer Bridges Powell Holland & Knight 200 South Orange Ave. Suite 2600 Orlando, FL 32801 | X | - | | | X | X | X | Unknown |
| Account No. | | | | | | | | |
| Delight Express Co. 7F-5 No. 412 Chung Shan 2nd Rd. Kaohsiung Taiwan R.O.C | | - | | | | | | 50,292.94 |
| Account No. | | | | | | | | |
| DK Marine c/o Charles C. Trascher Snellings, Breard, Sartor 1503 North 19th Street Monroe, LA 71201 | | - | | | | | | Unknown |
| Account No. | | | | | | | | |
| Dolphin Partners, Ltd. c/o Robert McIntosh McIntosh, Schwartz P.L. 888 S.E. 3rd Ave. Suite 500 Fort Lauderdale, FL 33316 | X | - | | | X | X | X | Unknown |

Sheet no. __5__ of __20__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal                    58,749.48
(Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re __Yacht Path International, Inc.__ ,    Case No. _____
                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| **Dorvic Skates** **New Street, Halfway** **Sheffield** **S20 3GH, United Kingdom** | | - | | | | | | **2,152.32** |
| Account No. | | | | | | | | |
| **Duncan McIntosh Company, Inc.** **c/o Michael Bohnstengel** **Szabo Associates, Inc.** **3355 Lenox Road** **Atlanta, GA 30326** | | - | | | | | | **Unknown** |
| Account No. | | | | | | | | |
| **Dwayne Stidman** **c/o John Wesley Wauson** **1 Sugar Creek Center Blvd** **Sugar Land, TX 77478** | X | - | | | X | X | X | **Unknown** |
| Account No. | | | | | | | | |
| **Eagle Crown Enterprises Limited** **c/o Elliot Bishop** **Hill Dickinson LLP** **3 St. James Square, London, SW1Y 4J** **England** | X | - | | | X | X | X | **Unknown** |
| Account No. | | | | | | | | |
| **Eagle Crown Enterprises Limited** **c/o Robert Jennings** **Jennings & Valancy, PA** **306 SE Detroit Ave** **Stuart, FL 34994** | X | - | | | X | X | X | **Unknown** |

Sheet no. __6__ of __20__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **2,152.32**

B6F (Official Form 6F) (12/07) - Cont.

In re __Yacht Path International, Inc.__ , Case No. _____
                                Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| Elliott Transport Consultants, Inc. 21199 Rue Euclide Lavigne Ste Anne De Bellevue, QC H9X 4C9, Canada | X | - | | X | X | X | 10,000.00 |
| Account No. | | | | | | | |
| Eurotrans Forwarding Ltd. c/o Andrew R. Kruppa Squire Sanders (US) LLP 200 South Biscayne Blvd. Suite 4100 Miami, FL 33131 | X | - | | | | | Unknown |
| Account No. | | | | | | | |
| Fatima Limited c/o Roselvin Sanchez Harper Meyer, LLP 201 South Biscayne Blvd. Suite 800 Miami, FL 33131 | X | - | | X | X | X | Unknown |
| Account No. | | | | | | | |
| Florida Great Lakes Charter Corp c/o Stephanie Barrett Hill , Dickinson LLP Irongate House, Dukes Place England EC3A 7HX | | - | | X | X | X | Unknown |
| Account No. | | | | | | | |
| Florida Power & Light General Mail Facility Miami, FL 33188-0001 | | - | | | | | 488.06 |

Sheet no. __7___ of __20__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    10,488.06

B6F (Official Form 6F) (12/07) - Cont.

In re  **Yacht Path International, Inc.**                                        ,        Case No. _____
                                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Florida Transportation Services, Inc. 412 SE 18th Street Fort Lauderdale, FL 33316 | | - | | | | | | 119,342.11 |
| Account No. | | | | | | | | |
| Georg Von Griesheim c/o Sarah Louise Allan Bentleys, Stokes, and Lowes International House 1 St. Katharines Way London, E1W 1YL England | X | - | | | X | X | X | Unknown |
| Account No. | | | | | | | | |
| Gisholt Shipping 1820 N Corporate Lakes Blvd Fort Lauderdale, FL 33326 | | - | | | | | | 23,587.50 |
| Account No. | | | | | | | | |
| Glen Reef Enterprises, Ltd. Leon G. Litchfield c/o Scott Vaughn; McGuireWoods LLP 201 North Tryon Street Charlotte, NC 28202 | | - | | | | | | Unknown |
| Account No. | | | | | | | | |
| Harlan I. Press, CPA 2530 Eagle Run Court Fort Lauderdale, FL 33327 | | - | | | | | | 3,780.00 |

Sheet no. __8__ of __20__ sheets attached to Schedule of                                 Subtotal                        146,709.61
Creditors Holding Unsecured Nonpriority Claims                              (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re **Yacht Path International, Inc.** _____ , Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Harry Van Bommel** c/o James D. Lundergan, CPA P.O. Box 7500 Laguna Niguel, CA 92607-7500 | - | | | | | | 2,291.20 |
| Account No. **Holland & Knight LLP** 31 West 52nd Street New York, NY 10019 | - | | | | | | 3,337.17 |
| Account No. **Igho Okotete, DBA Multiplan Nigeria Ltd** c/o Shola Anthony Sutton Sutton Law Firm, PC 7211 Regency Square, Suite 209 Houston, TX 77036 | - | | | X | X | X | Unknown |
| Account No. **International Bluewater Marine Services** PO Box 610442 Miami, FL 33261-0442 | - | | | | | | 80,156.45 |
| Account No. **International Insurance Services EPE** 117, Notara Street PO Box 80071 185 10 Pireaus, Greece | - | | | | | | 5,813.15 |

Sheet no. **9** of **20** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) | 91,597.97

B6F (Official Form 6F) (12/07) - Cont.

In re    **Yacht Path International, Inc.**                                                  ,    Case No. _____
_____
                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | | | | | |
| **J.M. Baxi & Co.** **Sapt Building, 18 J. N. Heredia Mar** **Ballard Estate** **400 001, Mumbai** | | - | | | | | | 3,714.64 |
| Account No. | | | | | | | | |
| **Jean Paul Orange** **c/o Gregory Beck** **Gregory R. Beck, PA** **707 Southeast 3rd Ave, Sixth floor** **Fort Lauderdale, FL 33316** | X | - | | | | | | Unknown |
| Account No. | | | | | | | | |
| **Jose Ignacio Sanchez** **c/o James H. Perry, II** **Perry & Neblett, P.A.** **2550 South Bayshore Drive, Suite 11** **Miami, FL 33133** | X | - | | | X | X | X | Unknown |
| Account No. | | | | | | | | |
| **Katz Baskies LLC** **2255 Glades Road, Ste. 240W** **Boca Raton, FL 33431** | | - | | | | | | 4,760.00 |
| Account No. | | | | | | | | |
| **Keesal, Young & Logan** **400 Oceangate** **Long Beach, CA 90801-1730** | | - | | | | | | 2,851.25 |

Sheet no. __10__ of __20__  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

11,325.89

B6F (Official Form 6F) (12/07) - Cont.

In re   **Yacht Path International, Inc.**                                        ,   Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Kenneth Farst c/o Samuel D. Patry Dysinger & Associates, LLC 249 South Garber Drive Tipp City, OH 45371 | | - | | | | | | Unknown |
| Account No. | | | | | | | | |
| Kenneth Williams c/o J. Michael Pennekamp Espirito Santo Plaza 1395 Brickell Ave, 14th Flr Miami, FL 33131 | | - | | | X | X | X | Unknown |
| Account No. | | | | | | | | |
| Lanring Company c/o Elizabeth M. Ryan Kass, Shuler, PA PO Box 800 Tampa, FL 33601 | X | - | | | X | X | X | Unknown |
| Account No. | | | | | | | | |
| Lifting Gear Hire Corp. 9925 S. Industrial Drive Bridgeview, IL 60455 | | - | | | | | | 3,546.72 |
| Account No. | | | | | | | | |
| Lucky Freight, Inc. 2063 S. Atlantic Blvd. #2B Monterey Park, CA 91754 | | - | | | | | | 779.86 |

Sheet no. __11__ of __20__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                4,326.58

B6F (Official Form 6F) (12/07) - Cont.

In re   **Yacht Path International, Inc.**
_____,      Case No. _____
                          **Debtor**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | | | | | |
| **Magellan Management & Consulting America** c/o Bino Butto Perry & Neblett, P.A. 2550 South Bayshore Drive, Suite 11 Miami, FL 33133 | X | - | | | X | X | X | Unknown |
| Account No. | | | | | | | | |
| **Maria Orozco** Williams Island Marina 7100 Island Blvd. North Miami Beach, FL 33160 | | - | | | | | | 1,835.60 |
| Account No. | | | | | | | | |
| **Marin International Yacht Sales, LLC** c/o Rupert P. Hansen Cox, Wooton, Hansen & Poulos, LP 190 The Embarcadero San Francisco, CA 94105 | X | - | | | X | X | X | Unknown |
| Account No. | | | | | | | | |
| **Marina Mile Business Park Association 1** c/o Les H. Stevens Les H. Stevens, P.A. 5301 North Federal Highway, Suite 130 Boca Raton, FL 33487 | | - | | | | | | Unknown |
| Account No. | | | | | | | | |
| **Marine Maintenance, Inc.** P.O. Box 4422 Fort Lauderdale, FL 33338-4422 | | - | | | | | | 1,072.00 |

Sheet no. __12__ of __20__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                  2,907.60

B6F (Official Form 6F) (12/07) - Cont.

In re **Yacht Path International, Inc.** ,     Case No. _____
                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| Mark Brundell and Kristine Brundell c/o William B. Milliken Hayden, Milliken & Boeringer P.A. 2121 Ponce de Leon Blvd, Suite 730 Coral Gables, FL 33134 | X | - | | X | X | X | Unknown |
| Account No. | | | | | | | |
| Med Yacht Services, S.R.L. Via del Castillo, 17 18038 Sanremo Italy | | - | | | | | 9,863.78 |
| Account No. | | | | | | | |
| MGM Logistic Solutions Services, Ltd. E-Road Federal Lighter Terminal NG-Onne, Rivers State Nigeria | | - | | | | | 1,925.00 |
| Account No. | | | | | | | |
| Miami Cradle, Co. 20533 Biscayne Blvd. Suite 1232 Miami, FL 33180 | | - | | | | | 564.00 |
| Account No. | | | | | | | |
| Mindy Bluewater Syndicate, LLC c/o Corey E. Hoffman, P.A. 3250 Mary Street, Suite 303 Fort Lauderdale, FL 33313 | X | - | | X | X | X | Unknown |

Sheet no. __13__ of __20__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  12,352.78

B6F (Official Form 6F) (12/07) - Cont.

In re __Yacht Path International, Inc._____,    Case No. _____

                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Namasco Corp. 1621 N.W. 12th Avenue Pompano Beach, FL 33069 | - | | | | | | | 5,222.71 |
| Account No. | | | | | | | | |
| Neil Maclaren & Braemar c/o Mark Houck Houck Anderson, PA 200 South Biscayne Blvd, Suite 300 Miami, FL 33131 | - | | | | | | | Unknown |
| Account No. | | | | | | | | |
| NEW FUNNEL(S) PTE LTD 176 Gul Circle 629627, Singapore | - | | | | | | | 5,520.61 |
| Account No. | | | | | | | | |
| NMA Maritime & Offshore Contractors Strevelsweg 700 Rotterdam 3083 AS, Netherlands | - | | | | | | | 869,225.04 |
| Account No. | | | | | | | | |
| Ocean & Sky Logistics 69, Patri Felicjan Bilocca Street MARSA MRS 1521, Malta | - | | | | | | | 12,975.97 |

Sheet no. __14__ of __20__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    892,944.33

B6F (Official Form 6F) (12/07) - Cont.

In re __Yacht Path International, Inc.__ ,                    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Omni Risk Management 2100 Westlake Ave N Suite 106 Seattle, WA 98109 | | - | | | | | | 297,221.91 |
| Account No. | | | | | | | | |
| PAETEC P.O. Box 1317 Buffalo, NY 14240 | | - | | | | | | Unknown |
| Account No. | | | | | | | | |
| PJ Pacific, LLC c/o Robert D. McIntosh McIntosh, Schwartz, PL 888 SE 3rd Ave, Suite 500 Fort Lauderdale, FL 33316 | | - | | | X | X | X | Unknown |
| Account No. | | | | | | | | |
| Plaza Vieja, SA c/o Laurie M. Chess: Jones, Walker, Waechter, Poitevent, Carrere & Denegre 201 South Biscayne Blvd, Ste 2600 Miami, FL 33131 | | - | | | X | X | X | Unknown |
| Account No. | | | | | | | | |
| PortCo Glogally Connected BLS House 52 Gladys Masibuko Road Morningside, Durban South Africa | | - | | | | | | 1,058.97 |

Sheet no. _15_ of _20_ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)          298,280.88

B6F (Official Form 6F) (12/07) - Cont.

In re   **Yacht Path International, Inc.**
_____,   Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | | | | | |
| **Pulseg Metales, S.L.** **Gremio Horneros No 7** **Pol. Son Castello** **07009 Palma** **Spain** | | - | | | | | | 1,419.61 |
| Account No. | | | | | | | | |
| **Purcell Yacht & Ship Brokers** **14000 Palawan Way, Suite A** **Marina Del Rey, CA 90292** | | - | | | | | | 500.00 |
| Account No. | | | | | | | | |
| **Representaciones Maritimas S.A. de C.V.** **Frontera 67, Col. Tizapan San Angel** **Mexico, D.F.** **01090, Mexico** | | - | | | | | | 43,276.71 |
| Account No. | | | | | | | | |
| **Rickmers-Linie (America) Inc.** **William Wood** **350 Glenborough Dr., Suite 180** **Houston, TX 77067** | | - | | | | | | 27,234.60 |
| Account No. | | | | | | | | |
| **Rum Jungle Properties, Ltd.** **c/o Lawrence J. Forno** **6615 Boynton Beach Blvd. # 200** **Boynton Beach, FL 33437** | X | - | | | X | X | X | Unknown |

| | | |
|---|---|---|
| Sheet no. __16__ of __20__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 72,430.92 |

B6F (Official Form 6F) (12/07) - Cont.

In re __Yacht Path International, Inc.__ ,                Case No. _____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Sailfish Sports, Inc.** c/o Eduardo C. Serrano Serrano Law 782 NW 42nd Ave, Suite 343 Miami, FL 33126 | - | | | | | | **Unknown** |
| Account No. **ScottFree, Ltd.** c/o David Weil Weil & Associates 295 Redondo Ave. #203 Long Beach, CA 90803 | - | | | X | X | X | **Unknown** |
| Account No. **Servicios Portuarious S.A de C.V.** Terminal Maritima, Muelle No. 3 El Sauzal, BC 22760, Mexico | - | | | | | | **2,000.00** |
| Account No. **Spencer Carter Ltd** Tregoniggie Industrial Estate Falmouth Cornwall TR11 4SN, United Kingdom | - | | | | | | **330.05** |
| Account No. **Sun Terminals, Inc.** 3100 Eisenhower Blvd. Fort Lauderdale, FL 33316 | - | | | | | | **400.00** |

Sheet no. __17__ of __20__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)     **2,730.05**

Software Copyright (c) 1996-2013 - CCH INCORPORATED - www.bestcase.com                Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Yacht Path International, Inc.**                                          ,    Case No. _____
_____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| **Teeters Agency & Stevedoring, Inc.** **Cindy Lou Teeters** **158 East Port Road, Whse A** **West Palm Beach, FL 33404** | | - | | | | | | 3,745.42 |
| Account No. | | | | | | | | |
| **Total Tax Solutions** **2100 East Sample Road** **Suite 202** **Pompano Beach, FL 33064** | | - | | | | | | 21,387.50 |
| Account No. | | | | | | | | |
| **Tri State Maritime Services, Inc.** **P.O. Box 2725** **Mobile, AL 36652** | | - | | | | | | 3,506.25 |
| Account No. | | | | | | | | |
| **TW-PMR 13015G910 Holdings Limited** **c/o Brian D. Gottlieb** **Morgan, Olsen & Olsen, LLP** **633 South Federal Hwy, Suite 400A** **Fort Lauderdale, FL 33301** | X | - | | | X | X | X | Unknown |
| Account No. | | | | | | | | |
| **Unimare Unione Agenti Maritimi SRL** **Via Principe Umberto N 1** **07026, Olbia** | | - | | | | | | 450.71 |

Sheet no. __18__ of __20__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

29,089.88

B6F (Official Form 6F) (12/07) - Cont.

In re  **Yacht Path International, Inc.**                                    ,        Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | - | | | | | |
| **Universal Cargo** 10825 Washington Blvd. Culver City, CA 90232 | | | | | | | 4,301.00 |
| Account No. | X | - | | X | X | X | |
| **US Medical International, Inc.** c/o Eric Webb Webb & Beecher 6253 Hollywood Blvd, Suite 203 Los Angeles, CA 90028 | | | | | | | Unknown |
| Account No. | | - | | | | | |
| **West Coast Offshore, LLC** 95180 Ravenwood Lane Coos Bay, OR 97420 | | | | | | | 5,000.00 |
| Account No. | | - | | | | | |
| **Wilhelmsen - Australia** ste 27, 194 Breakfast Creek Road Newstead, Brisbane Australia | | | | | | | 65,608.19 |
| Account No. | | - | | | | | |
| **Wilhelmsen - Hong Kong** Rooms 1807-12, 18/F, Lu Plaza 2 Wing Yip Street, Kwun Tong Kowloon, Hong Kong | | | | | | | 39,980.99 |

Sheet no. __19__ of __20__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

114,890.18

B6F (Official Form 6F) (12/07) - Cont.

In re  **Yacht Path International, Inc.**  ,  Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Wilhelmsen - Vancouver 8978 Fraserton Court Burnaby, B.C. V5J 5H8, Canada** | | - | | | | | **49,577.64** |
| Account No. | | | | | | | |
| **Wilhelmsen Gibraltar, Ltd. P.O.Box 624 Waterport Place Gibraltar** | | - | | | | | **5,213.85** |
| Account No. | | | | | | | |
| **Wilhelmsen Ships Service Pty Ltd. c/o Michell Otero Valdes Chalos & Co, PC 141 Almeria Ave Miami, FL 33134** | X | - | | X | X | X | **Unknown** |
| Account No. | | | | | | | |
| **Wilhelmsen- Seattle 1721 13th Avenue Southwest Seattle, WA 98134** | | - | | | | | **615.55** |
| Account No. | | | | | | | |
| | | | | | | | |

Sheet no. __20__ of __20__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | | **55,407.04** |
| Total (Report on Summary of Schedules) | | **2,155,433.99** |

B6H (Official Form 6H) (12/07)

.

In re   **Yacht Path International, Inc.** _____,    Case No. _____

Debtor

# SCHEDULE H - CODEBTORS

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐   Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Dennis Cummings**<br>**11178 Mainsail Ct.**<br>**Wellington, FL 33449** | **Mindy Bluewater Syndicate, LLC**<br>**c/o Corey E. Hoffman, P.A.**<br>**3250 Mary Street, Suite 303**<br>**Fort Lauderdale, FL 33313** |
| **Dennis Cummings**<br>**11178 Mainsail Ct.**<br>**Wellington, FL 33449** | **Wilhelmsen Ships Service Pty Ltd.**<br>**c/o Michell Otero Valdes**<br>**Chalos & Co, PC**<br>**141 Almeria Ave**<br>**Miami, FL 33134** |
| **Dennis Cummings**<br>**11178 Mainsail Ct.**<br>**Wellington, FL 33449** | **Bruno Rodriguez**<br>**c/o Carlos Romero, Jr.**<br>**Post & Romero**<br>**3195 Ponce de Leon Blvd, Suite 400**<br>**Miami, FL 33134** |
| **Dennis Cummings**<br>**11178 Mainsail Ct.**<br>**Wellington, FL 33449** | **Henry Mandil**<br>**c/o Andrew K. Fein**<br>**Minerley Fein, P.A.**<br>**1200 N. Federal Highway, Suite 420**<br>**Boca Raton, FL 33432** |
| **Dennis Cummings**<br>**11178 Mainsail Ct.**<br>**Wellington, FL 33449** | **Lanring Company**<br>**c/o Elizabeth M. Ryan**<br>**Kass, Shuler, PA**<br>**PO Box 800**<br>**Tampa, FL 33601** |
| **Dennis Cummings**<br>**11178 Mainsail Ct.**<br>**Wellington, FL 33449** | **Alexandria Holdings, LLC**<br>**c/o Justin B. Uhlemann**<br>**McDermott, Will & Emery**<br>**333 Avenue of the Americas, Suite 4500**<br>**Miami, FL 33131** |
| **Dennis Cummings**<br>**11178 Mainsail Ct.**<br>**Wellington, FL 33449** | **Elliott Transport Consultants, Inc.**<br>**21199 Rue Euclide Lavigne**<br>**Ste Anne De Bellevue, QC**<br>**H9X 4C9, Canada** |
| **Dennis Cummings**<br>**11178 Mainsail Ct.**<br>**Wellington, FL 33449** | **Jean Paul Orange**<br>**c/o Gregory Beck**<br>**Gregory R. Beck, PA**<br>**707 Southeast 3rd Ave, Sixth floor**<br>**Fort Lauderdale, FL 33316** |

**5**
___ continuation sheets attached to Schedule of Codebtors

In re    **Yacht Path International, Inc.**                                            ,    Case No. _____

_____

                                          Debtor

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Dennis Cummings**<br>**11178 Mainsail Ct.**<br>**Wellington, FL 33449** | **Marin International Yacht Sales, LLC**<br>**c/o Rupert P. Hansen**<br>**Cox, Wooton, Hansen & Poulos, LP**<br>**190 The Embarcadero**<br>**San Francisco, CA 94105** |
| **Kevin Cummings**<br>**2860 W. State Road 84**<br>**Suite 118**<br>**Fort Lauderdale, FL 33312** | **Mindy Bluewater Syndicate, LLC**<br>**c/o Corey E. Hoffman, P.A.**<br>**3250 Mary Street, Suite 303**<br>**Fort Lauderdale, FL 33313** |
| **Kevin Cummings**<br>**2860 W. State Road 84**<br>**Suite 118**<br>**Fort Lauderdale, FL 33312** | **Wilhelmsen Ships Service Pty Ltd.**<br>**c/o Michell Otero Valdes**<br>**Chalos & Co, PC**<br>**141 Almeria Ave**<br>**Miami, FL 33134** |
| **Kevin Cummings**<br>**2860 W. State Road 84**<br>**Suite 118**<br>**Fort Lauderdale, FL 33312** | **Bruno Rodriguez**<br>**c/o Carlos Romero, Jr.**<br>**Post & Romero**<br>**3195 Ponce de Leon Blvd, Suite 400**<br>**Miami, FL 33134** |
| **Kevin Cummings**<br>**2860 W. State Road 84**<br>**Suite 118**<br>**Fort Lauderdale, FL 33312** | **Henry Mandil**<br>**c/o Andrew K. Fein**<br>**Minerley Fein, P.A.**<br>**1200 N. Federal Highway, Suite 420**<br>**Boca Raton, FL 33432** |
| **Kevin Cummings**<br>**2860 W. State Road 84**<br>**Suite 118**<br>**Fort Lauderdale, FL 33312** | **Dan Palmer, NTG Ltd., The Scott W.**<br>**Stewart Living Trust and Mike Waite**<br>**Hill, Betts & Nash LLP**<br>**1515 SE 17th Street, Suite A115**<br>**Fort Lauderdale, FL 33316** |
| **Kevin Cummings**<br>**2860 W. State Road 84**<br>**Suite 118**<br>**Fort Lauderdale, FL 33312** | **Alexandria Holdings, LLC**<br>**c/o Justin B. Uhlemann**<br>**McDermott, Will & Emery**<br>**333 Avenue of the Americas, Suite 4500**<br>**Miami, FL 33131** |
| **Kevin Cummings**<br>**2860 W. State Road 84**<br>**Suite 118**<br>**Fort Lauderdale, FL 33312** | **Elliott Transport Consultants, Inc.**<br>**21199 Rue Euclide Lavigne**<br>**Ste Anne De Bellevue, QC**<br>**H9X 4C9, Canada** |
| **Kevin Cummings**<br>**2860 W. State Road 84**<br>**Suite 118**<br>**Fort Lauderdale, FL 33312** | **Jean Paul Orange**<br>**c/o Gregory Beck**<br>**Gregory R. Beck, PA**<br>**707 Southeast 3rd Ave, Sixth floor**<br>**Fort Lauderdale, FL 33316** |

Sheet  __1__  of  __5__   continuation sheets attached to the Schedule of Codebtors

In re    **Yacht Path International, Inc.**
_____,    Case No. _____
                                    Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Kevin Cummings**<br>**2860 W. State Road 84**<br>**Suite 118**<br>**Fort Lauderdale, FL 33312** | **Dolphin Partners, Ltd.**<br>**c/o Robert McIntosh**<br>**McIntosh, Schwartz P.L.**<br>**888 S.E. 3rd Ave. Suite 500**<br>**Fort Lauderdale, FL 33316** |
| **Kevin Cummings**<br>**2860 W. State Road 84**<br>**Suite 118**<br>**Fort Lauderdale, FL 33312** | **Marin International Yacht Sales, LLC**<br>**c/o Rupert P. Hansen**<br>**Cox, Wooton, Hansen & Poulos, LP**<br>**190 The Embarcadero**<br>**San Francisco, CA 94105** |
| **Unity Marine, Inc.**<br>**2860 W. State Road 84**<br>**Suite 118**<br>**Fort Lauderdale, FL 33312** | **Dwayne Stidman**<br>**c/o John Wesley Wauson**<br>**1 Sugar Creek Center Blvd**<br>**Sugar Land, TX 77478** |
| **Unity Shipping Lines, Inc.**<br>**2860 W. State Road 84**<br>**Suite 118**<br>**Fort Lauderdale, FL 33312** | **Mindy Bluewater Syndicate, LLC**<br>**c/o Corey E. Hoffman, P.A.**<br>**3250 Mary Street, Suite 303**<br>**Fort Lauderdale, FL 33313** |
| **Unity Shipping Lines, Inc.**<br>**2860 W. State Road 84**<br>**Suite 118**<br>**Fort Lauderdale, FL 33312** | **Wilhelmsen Ships Service Pty Ltd.**<br>**c/o Michell Otero Valdes**<br>**Chalos & Co, PC**<br>**141 Almeria Ave**<br>**Miami, FL 33134** |
| **Unity Shipping Lines, Inc.**<br>**2860 W. State Road 84**<br>**Suite 118**<br>**Fort Lauderdale, FL 33312** | **US Medical International, Inc.**<br>**c/o Eric Webb**<br>**Webb & Beecher**<br>**6253 Hollywood Blvd, Suite 203**<br>**Los Angeles, CA 90028** |
| **Unity Shipping Lines, Inc.**<br>**2860 W. State Road 84**<br>**Suite 118**<br>**Fort Lauderdale, FL 33312** | **Bruno Rodriguez**<br>**c/o Carlos Romero, Jr.**<br>**Post & Romero**<br>**3195 Ponce de Leon Blvd, Suite 400**<br>**Miami, FL 33134** |
| **Unity Shipping Lines, Inc.**<br>**2860 W. State Road 84**<br>**Suite 118**<br>**Fort Lauderdale, FL 33312** | **Henry Mandil**<br>**c/o Andrew K. Fein**<br>**Minerley Fein, P.A.**<br>**1200 N. Federal Highway, Suite 420**<br>**Boca Raton, FL 33432** |
| **Unity Shipping Lines, Inc.**<br>**2860 W. State Road 84**<br>**Suite 118**<br>**Fort Lauderdale, FL 33312** | **CHIPOLBROK, Chinese-Polish Joint**<br>**Shipping Company; c/o John A. Orzel**<br>**Carroll, McNulty & Kull**<br>**120 Mountain View Blvd. PO Box 650**<br>**Basking Ridge, NJ 07920** |

Sheet __2__ of __5__ continuation sheets attached to the Schedule of Codebtors

In re    **Yacht Path International, Inc.**                                      ,          Case No. _____

                                        Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Unity Shipping Lines, Inc.**<br>**2860 W. State Road 84**<br>**Suite 118**<br>**Fort Lauderdale, FL 33312** | **Eagle Crown Enterprises Limited**<br>**c/o Elliot Bishop**<br>**Hill Dickinson LLP**<br>**3 St. James Square, London, SW1Y 4J**<br>**England** |
| **Unity Shipping Lines, Inc.**<br>**2860 W. State Road 84**<br>**Suite 118**<br>**Fort Lauderdale, FL 33312** | **Eagle Crown Enterprises Limited**<br>**c/o Robert Jennings**<br>**Jennings & Valancy, PA**<br>**306 SE Detroit Ave**<br>**Stuart, FL 34994** |
| **Unity Shipping Lines, Inc.**<br>**2860 W. State Road 84**<br>**Suite 118**<br>**Fort Lauderdale, FL 33312** | **Dan Palmer, NTG Ltd., The Scott W.**<br>**Stewart Living Trust and Mike Waite**<br>**Hill, Betts & Nash LLP**<br>**1515 SE 17th Street, Suite A115**<br>**Fort Lauderdale, FL 33316** |
| **Unity Shipping Lines, Inc.**<br>**2860 W. State Road 84**<br>**Suite 118**<br>**Fort Lauderdale, FL 33312** | **Georg Von Griesheim**<br>**c/o Sarah Louise Allan**<br>**Bentleys, Stokes, and Lowes**<br>**International House 1 St. Katharines Way**<br>**London, E1W 1YL England** |
| **Unity Shipping Lines, Inc.**<br>**2860 W. State Road 84**<br>**Suite 118**<br>**Fort Lauderdale, FL 33312** | **Lanring Company**<br>**c/o Elizabeth M. Ryan**<br>**Kass, Shuler, PA**<br>**PO Box 800**<br>**Tampa, FL 33601** |
| **Unity Shipping Lines, Inc.**<br>**2860 W. State Road 84**<br>**Suite 118**<br>**Fort Lauderdale, FL 33312** | **Alain Mees and Sarl Faceal, Inc.**<br>**c/o Josua Entin**<br>**Rosen, Switkes & Entin, P.L.**<br>**407 Lincoln Road, PH SE**<br>**Miami Beach, FL 33139** |
| **Unity Shipping Lines, Inc.**<br>**2860 W. State Road 84**<br>**Suite 118**<br>**Fort Lauderdale, FL 33312** | **TW-PMR 13015G910 Holdings Limited**<br>**c/o Brian D. Gottlieb**<br>**Morgan, Olsen & Olsen, LLP**<br>**633 South Federal Hwy, Suite 400A**<br>**Fort Lauderdale, FL 33301** |
| **Unity Shipping Lines, Inc.**<br>**2860 W. State Road 84**<br>**Suite 118**<br>**Fort Lauderdale, FL 33312** | **Mark Brundell and Kristine Brundell**<br>**c/o William B. Milliken**<br>**Hayden, Milliken & Boeringer P.A.**<br>**2121 Ponce de Leon Blvd, Suite 730**<br>**Coral Gables, FL 33134** |
| **Unity Shipping Lines, Inc.**<br>**2860 W. State Road 84**<br>**Suite 118**<br>**Fort Lauderdale, FL 33312** | **Elliott Transport Consultants, Inc.**<br>**21199 Rue Euclide Lavigne**<br>**Ste Anne De Bellevue, QC**<br>**H9X 4C9, Canada** |

Sheet __3__ of __5__ continuation sheets attached to the Schedule of Codebtors

In re    **Yacht Path International, Inc.**
_____ ,    Case No. _____
                                    Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Unity Shipping Lines, Inc.**<br>**2860 W. State Road 84**<br>**Suite 118**<br>**Fort Lauderdale, FL 33312** | **Jean Paul Orange**<br>**c/o Gregory Beck**<br>**Gregory R. Beck, PA**<br>**707 Southeast 3rd Ave, Sixth floor**<br>**Fort Lauderdale, FL 33316** |
| **Unity Shipping Lines, Inc.**<br>**2860 W. State Road 84**<br>**Suite 118**<br>**Fort Lauderdale, FL 33312** | **Alan MacKenzie**<br>**c/o Hill, Betts & Nash LLP**<br>**1515 SE 17th Street, Suite A115**<br>**Fort Lauderdale, FL 33316** |
| **Unity Shipping Lines, Inc.**<br>**2860 W. State Road 84**<br>**Suite 118**<br>**Fort Lauderdale, FL 33312** | **Rum Jungle Properties, Ltd.**<br>**c/o Lawrence J. Forno**<br>**6615 Boynton Beach Blvd. # 200**<br>**Boynton Beach, FL 33437** |
| **Unity Shipping Lines, Inc.**<br>**2860 W. State Road 84**<br>**Suite 118**<br>**Fort Lauderdale, FL 33312** | **Jose Ignacio Sanchez**<br>**c/o James H. Perry, II**<br>**Perry & Neblett, P.A.**<br>**2550 South Bayshore Drive, Suite 11**<br>**Miami, FL 33133** |
| **Unity Shipping Lines, Inc.**<br>**2860 W. State Road 84**<br>**Suite 118**<br>**Fort Lauderdale, FL 33312** | **Dartmore Assets Limited**<br>**c/o Gennifer Bridges Powell**<br>**Holland & Knight**<br>**200 South Orange Ave. Suite 2600**<br>**Orlando, FL 32801** |
| **Unity Shipping Lines, Inc.**<br>**2860 W. State Road 84**<br>**Suite 118**<br>**Fort Lauderdale, FL 33312** | **D.O.A. Charter, Ltd.**<br>**c/o Robert McIntosh**<br>**McIntosh, Schwartz P.L.**<br>**888 S.E. 3rd Ave. Suite 500**<br>**Fort Lauderdale, FL 33316** |
| **Unity Shipping Lines, Inc.**<br>**2860 W. State Road 84**<br>**Suite 118**<br>**Fort Lauderdale, FL 33312** | **Dolphin Partners, Ltd.**<br>**c/o Robert McIntosh**<br>**McIntosh, Schwartz P.L.**<br>**888 S.E. 3rd Ave. Suite 500**<br>**Fort Lauderdale, FL 33316** |
| **Unity Shipping Lines, Inc.**<br>**2860 W. State Road 84**<br>**Suite 118**<br>**Fort Lauderdale, FL 33312** | **Fatima Limited**<br>**c/o Roselvin Sanchez**<br>**Harper Meyer, LLP**<br>**201 South Biscayne Blvd. Suite 800**<br>**Miami, FL 33131** |
| **Unity Shipping Lines, Inc.**<br>**2860 W. State Road 84**<br>**Suite 118**<br>**Fort Lauderdale, FL 33312** | **Magellan Management & Consulting America**<br>**c/o Bino Butto**<br>**Perry & Neblett, P.A.**<br>**2550 South Bayshore Drive, Suite 11**<br>**Miami, FL 33133** |

Sheet __4__ of __5__ continuation sheets attached to the Schedule of Codebtors

In re    **Yacht Path International, Inc.**                                        ,    Case No. _____

                                                            Debtor

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Unity Shipping Lines, Inc.**<br>**2860 W. State Road 84**<br>**Suite 118**<br>**Fort Lauderdale, FL 33312** | **Eurotrans Forwarding Ltd.**<br>**c/o Andrew R. Kruppa**<br>**Squire Sanders (US) LLP**<br>**200 South Biscayne Blvd. Suite 4100**<br>**Miami, FL 33131** |
| **Unity Shipping Lines, Inc.**<br>**2860 W. State Road 84**<br>**Suite 118**<br>**Fort Lauderdale, FL 33312** | **Dwayne Stidman**<br>**c/o John Wesley Wauson**<br>**1 Sugar Creek Center Blvd**<br>**Sugar Land, TX 77478** |
| **Unity Shipping Lines, Inc.**<br>**2860 W. State Road 84**<br>**Suite 118**<br>**Fort Lauderdale, FL 33312** | **Marin International Yacht Sales, LLC**<br>**c/o Rupert P. Hansen**<br>**Cox, Wooton, Hansen & Poulos, LP**<br>**190 The Embarcadero**<br>**San Francisco, CA 94105** |
| **Yacht Path Palm Beach, Inc.**<br>**2860 W. State Road 84**<br>**Suite 118**<br>**Fort Lauderdale, FL 33312** | **Dwayne Stidman**<br>**c/o John Wesley Wauson**<br>**1 Sugar Creek Center Blvd**<br>**Sugar Land, TX 77478** |

Sheet  __5__  of  __5__  continuation sheets attached to the Schedule of Codebtors

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Southern District of Florida

In re **Yacht Path International, Inc.**
                                                    Debtor(s)

Case No. _____
Chapter      **11**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___**63**___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  **March 20, 2013**

Signature    **/s/ Dennis Cummings**
                    **Dennis Cummings**
                    **President**

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Southern District of Florida

In re    **Yacht Path International, Inc.**                   Case No.                           
                                        Debtor(s)                    Chapter     **11**

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct

to the best of my knowledge.

Date:    **March 20, 2013**                            **/s/ Dennis Cummings**

                                                  **Dennis Cummings**/President
                                                  Signer/Title

358156 Alberta Ltd./John Carlton
Attn: Darlene and John Carlton
Box 22132
Grande Prairie, Alberto
Canada T8V6X1


A.J. Deitsch Trading Co., Ltd.
Attn: Julian Cohen
Akara Bldg; 24 The Castro St
Road Town, Tortola
British Virgin Islands


Ad Astra Charter Limited
Attn: Frank Ten Brink
853 Valley Rd.
Glencoe, IL 60022


Africa Port Services Ltd.
11B Burma Road, Apapa
Lagos, Nigeria


Ahmed F. Shaker
Sky Office Building
Jeddah, Saudi Arabia 126767


Air Marine Holdings Ltd.
Attn: Lizette Gonzalez
Midocean Chambers
PO Box 805
Road Town, British Virgin Islands


Alain Mees and Sarl Faceal, Inc.
c/o Josua Entin
Rosen, Switkes & Entin, P.L.
407 Lincoln Road, PH SE
Miami Beach, FL 33139


Alan MacKenzie
c/o Hill, Betts & Nash LLP
1515 SE 17th Street, Suite A115
Fort Lauderdale, FL 33316


Alexandria Holdings, LLC
c/o Justin B. Uhlemann
McDermott, Will & Emery
333 Avenue of the Americas, Suite 4500
Miami, FL 33131

All Hawaii Cruises, Inc.
Attn: Charlene Caminiti
1860 Ala Moana Blvd
Suite 414
Honolulu, HI 96815


Allan McKenzi
27068 Wellington
Barrington, IL 60010


Allegiance Crane & Equipment
c/o Robert Lerner
Sprechman & Associates
2775 Sunny Isles Blvd, Suite 100
North Miami Beach, FL 33160


Alpha-Con Inc.
Attn: H. Allen Stuart
PO Box 4129
Kailua Kona, HI 96745


Ames United PTE Ltd.
c/o Barry J. Thompson
Hogan Lovells US LLP
1999 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067


Ames United PTE Ltd.
Attn: Andy Chua
2 Jurong East
#05-01 IMM
Singapor


Andres Romo Leroux Estrada
Attn: Matthew Stropes
Km 5 1/2 Via a Somborondon,
Urbanizacion Madeira
Guayaquil, Ecuador


Andrew Bereson
532 C St.
San Diego, CA 92101


Anthony Lee and Tony Lee
16 Marlin Place
Manly, Queen
Australia 4179

Argonautics Marine Engineering, Inc.
170 Windsor River Road, Suite B
Windsor, CA 95492


Art Books Sea Company
c/o Craig M. Nicholas
Nicholas & Butler, LLP
225 Broadway, 19th Floor
San Diego, CA 92101


Atlantic Wind Inc.
Attn: Obarrio, Avenida Samuel
Edificio Omega Primer Piso
Panama


Aurora Global Logistics PTY
Level 1, 48 McConnell St
Bulimba QLD
4171, Australia


B & B Marine Consultants
2121 Georgia Avenue
Englewood, FL 34223


Balearic International Marine Survey S.L
Apdo. Correos 20139
Palma de Mallorca
07080, Spain


Bank of America, Garnishee
Morgan F. Spector - Liebler, Gonzalez &
Portuondo, PA / Courthouse Tower 25thFlr
44 West Flagler Street
Miami, FL 33130


Beluga Chartering GMBH
c/o Jonathan Skipp - Horr, Novak & Skipp
Two Datran Center, Suite 1700
9130 S Dadeland Blvd
Miami, FL 33156


Belvedere Shipping Co.
Attn: James Saddington
Scotia Centre, 4th Floor
PO Box 268
George Town, Grand Cayman

Berdan Enterprises, LLC
Attn: Dan Rosenthal
501 Spectrum Circle
Oxnard, CA 93030


BJ Macfarlane & Co.
4 Lombard Street
London
EC3V 9HD, United Kingdom


Blaine Marine Services
Attn: Bob Brooks
199 Marine Drive
Blaine, WA 98230


Bonair Vista LLC
Attn: George Champion III
PO Box 1806
La Jolla, CA 92038


Bruce R. Clark
2701 Ebbtide Rd.
Corona Del Mar, CA 92625


Bruno Rodriguez
c/o Carlos Romero, Jr.
Post & Romero
3195 Ponce de Leon Blvd, Suite 400
Miami, FL 33134


Bruno Rodriguez
PO BOX 902-3422
San Juan, PR 00902


Capt. Felix Iniguez
Street N. Eleven 159-A Zona Centro
Ensenada BC
22800, Mexico


Carl Simone
527 Lake Road
Ponte Vedra Beach, FL 32082


Carlos Lopez-Lay
PO Box 190816
San Juan, PR 00919-0816

Central Asia Trading Company Int'l
c/o Allison L. Friedman
Allison L. Friedman, PA
20533 Biscayne Blvd, Suite 4-435
Miami, FL 33180


Central Asia Trading Company Inter'l
c/o Allison L. Friedman, PA
20533 Biscayna Blvd, Suite 4-435
Aventura, FL 33180


Central Window Cleaning
PO Box 1772
Jupiter, FL 33468


Cerca, LLC
Attn: Lynn Nieto
2511 Silverside Road
Suite 105
Wilmington, DE 19810


CHIPOLBROK America, Inc.
16945 Northchase Drive # 2300
Houston, TX 77060


CHIPOLBROK, Chinese-Polish Joint
Shipping Company; c/o John A. Orzel
Carroll, McNulty & Kull
120 Mountain View Blvd. PO Box 650
Basking Ridge, NJ 07920


Christian Ganot
Hore Van Den Heuvel Robert,
Aquamarina 422, Amazone Road
Naho


Christopher Bass
911 Walnut Street, #9147
Green Cove Springs, FL 32043


Cigisped USA
Attn: Felix Rosario
5522 NW 72nd St
Miami, FL 33166

City of Riviera Beach Marina
200 East 13th St.
Att: Marina Office
West Palm Beach, FL 33404


Clifton Shipping Agency, Ltd.
26 Main Street
Suite 52 & 53, Victoria House
Gibrlatar
GBZ 001, United Kingdom


Cynthia Koudela
3411 NW 158th St.
Seattle, WA 98155


D.O.A. Charter, Ltd.
c/o Robert McIntosh
McIntosh, Schwartz P.L.
888 S.E. 3rd Ave. Suite 500
Fort Lauderdale, FL 33316


Daiwa Jyuhan Co. Ltd.
Attn: Steven Mandarino
1-6-1 Kitasaiwai Nishiku
Yokohama, Japan


Dan Palmer
Attn: Mark Felhofer
6225 N. Brady Street
Davenport, IA 52806


Dan Palmer, NTG Ltd., The Scott W.
Stewart Living Trust and Mike Waite
Hill, Betts & Nash LLP
1515 SE 17th Street, Suite A115
Fort Lauderdale, FL 33316


Dariusz Borkowski
Calle Goleta 78
07350 Binissalem
Palma de Mallorca
07080, Spain

Dartmore Assets Limited
c/o Gennifer Bridges Powell
Holland & Knight
200 South Orange Ave. Suite 2600
Orlando, FL 32801

Dartmore Assets Limited
Attn: Kimberly Capasso
Trident Chambers
Wickhams Cay, PO Box 146
Road Town, Tortola, British Virgin

David F. Green
815 Interlaken Drive
New Iberia, LA 70563

David H. Harrigan
7004 Orozco Dr.
Riverside, CA 92506

Delight Express Co.
7F-5 No. 412 Chung Shan 2nd Rd.
Kaohsiung
Taiwan R.O.C

Dennis Cummings
11178 Mainsail Ct.
Wellington, FL 33449

Dennis Cummings
11178 Mainsail Ct.
Wellington, FL 33449

Dennis Cummings
11178 Mainsail Ct.
Wellington, FL 33449

Dennis Cummings
11178 Mainsail Ct.
Wellington, FL 33449

Dennis Cummings
11178 Mainsail Ct.
Wellington, FL 33449

Dennis Cummings
11178 Mainsail Ct.
Wellington, FL 33449


Dennis Cummings
11178 Mainsail Ct.
Wellington, FL 33449


Dennis Cummings
11178 Mainsail Ct.
Wellington, FL 33449


Dennis Cummings
11178 Mainsail Ct.
Wellington, FL 33449


Distribuidora Mariner
Attn: Alberto Sasson
PO Box 55-2635
Paitilla, Panama


DK Marine
c/o Charles C. Trascher
Snellings, Breard, Sartor
1503 North 19th Street
Monroe, LA 71201


DK Marine
Attn: James Haffey
The Iridium, Suite 208
Dubai, UAE


Dolphin Partner's Ltd.
Attn: Bryce Simpson
6847 Cintas Blvd
Mason, OH 45040


Dolphin Partners, Ltd.
c/o Robert McIntosh
McIntosh, Schwartz P.L.
888 S.E. 3rd Ave. Suite 500
Fort Lauderdale, FL 33316

Dorvic Skates
New Street, Halfway
Sheffield
S20 3GH, United Kingdom


Duncan McIntosh Company, Inc.
c/o Michael Bohnstengel
Szabo Associates, Inc.
3355 Lenox Road
Atlanta, GA 30326


Dwayne Stidman
6831 Koelber Rd
Richmond, TX 77469


Dwayne Stidman
c/o John Wesley Wauson
1 Sugar Creek Center Blvd
Sugar Land, TX 77478


Eagle Crown Enterprises Limited
c/o Elliot Bishop
Hill Dickinson LLP
3 St. James Square, London, SW1Y 4J
England


Eagle Crown Enterprises Limited
c/o Robert Jennings
Jennings & Valancy, PA
306 SE Detroit Ave
Stuart, FL 34994


El Salvador Sportfishing S.A. De CV
Attn: Carlos Safie
Carrertera Panamericana
KM 11.5
Ilopango, El Salvador


Elliott Olson
517 17th Street
Santa Monica, CA 90402


Elliott Transport
c/o Martin D. Stern
Hinshaw & Culberston, LLP
One East Broward Blvd, Suite 1010
Fort Lauderdale, FL 33301

Elliott Transport Consultants, Inc.
21199 Rue Euclide Lavigne
Ste Anne De Bellevue, QC
H9X 4C9, Canada


Eurotrans Forwarding Ltd.
c/o Andrew R. Kruppa
Squire Sanders (US) LLP
200 South Biscayne Blvd. Suite 4100
Miami, FL 33131


Facula Assets Ltd.
Attn: Guy Guildford
Wickhams Cay
Road Town, Briths Virgin Islands


Fatima Limited
c/o Roselvin Sanchez
Harper Meyer, LLP
201 South Biscayne Blvd. Suite 800
Miami, FL 33131


Ferrum Investment
Attn: Yaniv Soovin
Trust Company Complex
Ajeltake Road, Ajeltake Island
Majuro, Majuro Islands


Florida Department of Revenue
Florida Dept. of Revenue
5050 W. Tennessee St.
Tallahassee, FL 32399-0135


Florida Great Lakes Charter Corp
c/o Stephanie Barrett
Hill , Dickinson LLP
Irongate House, Dukes Place
England EC3A 7HX


Florida Great Lakes Charter Corp.
Attn: Rose Avigliano
6120 River Road
Hodgkins, IL 60525


Florida Power & Light
General Mail Facility
Miami, FL 33188-0001

Florida Transportation Services, Inc.
412 SE 18th Street
Fort Lauderdale, FL 33316


Forty Ltd.
Attn: Tony Orton
Trident Chambers;
Road Town, Road Town
British Virgin Islands


Fred Fishman
PO Box 1551
North Myrtle Beach, SC 29598


Gary Kunz
1611 NE Marine
Portland, OR 97211


GB46LLC
Attn: Scott Blake
1815 Orlando Rd
San Marino, CA 91108


Geoff Wall
Caves Heights, Building 2, Unit 1B
Nassau, Bahamas


Georg Von Griesheim
c/o Sarah Louise Allan
Bentleys, Stokes, and Lowes
International House 1 St. Katharines Way
London, E1W 1YL England


George Shindler
3171 Travers Ave
West, BC
Canada V7V1G4


George Stonecliff
11503 26th Ave
Seattle, WA 98146

Gerardus Teunes Johannes Nowee
and Mary Anne Nowee
Attn: Jerry Nowee
14601 40' Avenue
Surrey, BC Canada U3S0L2


Gisholt Shipping
1820 N Corporate Lakes Blvd
Fort Lauderdale, FL 33326


Glaze Yacht Company Ltd.
Attn: Celine Bandelac
G Cali Street
Ta'xbiex, Malta, Malta


Glen Reef Enterprises, Ltd.
Leon G. Litchfield
c/o Scott Vaughn; McGuireWoods LLP
201 North Tryon Street
Charlotte, NC 28202


Guillermo Tous
Arturo Rivera Mujica St. A-5
Guaynabo, PR 00966


Harlan I. Press, CPA
2530 Eagle Run Court
Fort Lauderdale, FL 33327


Harry Van Bommel
c/o James D. Lundergan, CPA
P.O. Box 7500
Laguna Niguel, CA 92607-7500


Hatteras Holdings, LLC
Attn: Mike Shrosbree
3511 Silverside Road, Suite 105
Wilmington, DE 19810


Henry Mandil
c/o Andrew K. Fein
Minerley Fein, P.A.
1200 N. Federal Highway, Suite 420
Boca Raton, FL 33432

Holland & Knight LLP
31 West 52nd Street
New York, NY 10019


Holo Kai LLC
Attn: Chase Leavitt
3511 Silverside Road Suite 105
Wilmington, DE 19810


HT Hook LLC
Attn: Harry Shufflebarger
19050 SE Country Club Drive
Jupiter, FL 33469


Internal Revenue Service
Attn: Special Procedures
P.O. Box 34045
Stop 572
Jacksonville, FL 32202


Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19114


International Bluewater Marine Services
PO Box 610442
Miami, FL 33261-0442


International Insurance Services EPE
117, Notara Street
PO Box 80071
185 10 Pireaus, Greece


J.M. Baxi & Co.
Sapt Building, 18 J. N. Heredia Mar
Ballard Estate
400 001, Mumbai


James and Sarah Taylor
Attn: Jim Taylor
CMR 420 Box 256
APO, Heidelberg, Germany 09063


James W. Roberts III
411 Walnut Street #3824
Green Cove Springs, FL 32043

Jean Paul Orange
c/o Gregory Beck
Gregory R. Beck, PA
707 Southeast 3rd Ave, Sixth floor
Fort Lauderdale, FL 33316


John Gudelsky
1021 Gulfstream Way
West Palm Beach, FL 33404


John M. Chaput
1313 Maple St.
Big Rapids, MI 49307


Jose Ignacio Sanchez
c/o James H. Perry, II
Perry & Neblett, P.A.
2550 South Bayshore Drive, Suite 11
Miami, FL 33133


Kahled Chami
2649 Brenner
Dallas, TX 75220


Katz Baskies LLC
2255 Glades Road, Ste. 240W
Boca Raton, FL 33431


Keesal, Young & Logan
400 Oceangate
Long Beach, CA 90801-1730


Ken Dubach
9786 North Foothills Highway
Longmont, CO 80503


Kenneth E Farst and Candice K Farst
Attn: Ken Farst
311 Dunnigan Dr.
Vandalia, OH 45377


Kenneth Farst
c/o Samuel D. Patry
Dysinger & Associates, LLC
249 South Garber Drive
Tipp City, OH 45371

Kenneth Williams
c/o J. Michael Pennekamp
Espirito Santo Plaza
1395 Brickell Ave, 14th Flr
Miami, FL 33131


Kent E. Skogerson
19994 Caulee View Rd NE
Electric City, WA 99123


Kenward F. Kolar
Attn: Shane Walsh
PO Box 370
Moulton, TX 77975


Kevin Cummings
2860 W. State Road 84
Suite 118
Fort Lauderdale, FL 33312


Kevin Cummings
2860 W. State Road 84
Suite 118
Fort Lauderdale, FL 33312


Kevin Cummings
2860 W. State Road 84
Suite 118
Fort Lauderdale, FL 33312


Kevin Cummings
2860 W. State Road 84
Suite 118
Fort Lauderdale, FL 33312


Kevin Cummings
2860 W. State Road 84
Suite 118
Fort Lauderdale, FL 33312


Kevin Cummings
2860 W. State Road 84
Suite 118
Fort Lauderdale, FL 33312

Kevin Cummings
2860 W. State Road 84
Suite 118
Fort Lauderdale, FL 33312


Kevin Cummings
2860 W. State Road 84
Suite 118
Fort Lauderdale, FL 33312


Kevin Cummings
2860 W. State Road 84
Suite 118
Fort Lauderdale, FL 33312


Kevin Cummings
2860 W. State Road 84
Suite 118
Fort Lauderdale, FL 33312


Kevin E. Kaylor
1828 Colleen Drive
Orlando, FL 32809


La Belletoile, Societe Anonyme
Attn: Mr. Javier Martinez-Campos
49 Main Street, PO Box 186
Road Town, Tortola
British Virgin Islands


La Gioconda Ltd.
Attn: Brian Hardman
Suite 1, Level 15, The Business Tower
Portomaso, St. Julians


Lanring Company
c/o Elizabeth M. Ryan
Kass, Shuler, PA
PO Box 800
Tampa, FL 33601


Last Chance Marine
Attn: Brit Robinson
100 W MLK Blvd
Suite 600 Krystal Bldg
Chattanooga, TN 37402

Laurence Runsdorf
5883 NW 25th Ct
Boca Raton, FL 33496


Lifting Gear Hire Corp.
9925 S. Industrial Drive
Bridgeview, IL 60455


Lloyd Taylor
0340 SW Idaho Street
Portland, OR 97239


Lodestar Limited
Attn: Alex Antonov
Trust Company Complex, Ajeltake Road
Majuro, MH96960


Lucky Freight, Inc.
2063 S. Atlantic Blvd. #2B
Monterey Park, CA 91754


Magellan Management & Consulting America
c/o Bino Butto
Perry & Neblett, P.A.
2550 South Bayshore Drive, Suite 11
Miami, FL 33133


Mako Marine Ventures Ltd.
Peter Spinelli
11500 S. Easter Avenue Suite 120
Henderson, NV 89052


Mako Marine Ventures Ltd.
Peter Spinelli
11500 S. Easter Avenue Suite 120
Henderson, NV 89052


Mamas Trading
Attn: Stelios Pontzis
Muscat Airport
111 Sultanate of Oman
Muscat, Muscat 111

Maria Orozco
Williams Island Marina
7100 Island Blvd.
North Miami Beach, FL 33160


Marin International Yacht Sales
Attn: Bryan Whitney
235 Posada Del Sol
Novato, CA 94949


Marin International Yacht Sales, LLC
c/o Rupert P. Hansen
Cox, Wooton, Hansen & Poulos, LP
190 The Embarcadero
San Francisco, CA 94105


Marin International Yacht Sales, LLC
c/o John Gladych
Gladych & Associates, Inc.
1400 Bristol St, N, Suite 210
Newport Beach, CA 92660


Marina Mile Business Park Association 1
c/o Les H. Stevens
Les H. Stevens, P.A.
5301 North Federal Highway, Suite 130
Boca Raton, FL 33487


Marine Maintenance, Inc.
P.O. Box 4422
Fort Lauderdale, FL 33338-4422


Mark Brundell and Kristine Brundell
c/o William B. Milliken
Hayden, Milliken & Boeringer P.A.
2121 Ponce de Leon Blvd, Suite 730
Coral Gables, FL 33134


Mark Brundell and Kristine Brundell
12/2758 158 St.
Surrey, BC
Canada, V3S3K3


McCord Family Trust dtd 1/14/98
Attn: Frank and Janet McCord
1611 Santa Barbara Lane
Huntington Beach, CA 92649

Med Yacht Services, S.R.L.
Via del Castillo, 17
 18038 Sanremo
Italy


MGM Logistic Solutions Services, Ltd.
E-Road Federal Lighter Terminal
NG-Onne, Rivers State
Nigeria


Miami Cradle, Co.
20533 Biscayne Blvd.
Suite 1232
Miami, FL 33180


Michael Moore
2326 NW 99th Street
Seattle, WA 98117


Michael Waite
355 Lake Road
Menasha, WI 54952


Mindy Bluewater Syndicate, LLC
c/o Corey E. Hoffman, P.A.
3250 Mary Street, Suite 303
Fort Lauderdale, FL 33313


Miracle Marine Ventures
Attn: Ignacio Gil
Palm Chambers; 197 Main Street
Road Town, Tortola
British Virgin Islands


Miss Rich II Corp
Attn: Glenn Richardson
16328 W LA Hwy 330
Abbeville, LA 70510


Money Pitt Ltd.
Attn: Morris Erbesh
Bank of Scotia Bldg.
George Town, Cayman Island

Namasco Corp.
1621 N.W. 12th Avenue
Pompano Beach, FL 33069


Neal and Lynn Parker
10004 Rainier Ave. S.
Seattle, WA 98178


Neil Maclaren & Braemar
c/o Mark Houck
Houck Anderson, PA
200 South Biscayne Blvd, Suite 300
Miami, FL 33131


Neil Wilshire
1005 Beach Ave
Vancouver, BC
Canada V6E3W2


Neville Hansen
170 W. Cochran St.
Simi Valley, CA 93065


NEW FUNNEL(S) PTE LTD
176 Gul Circle
629627, Singapore


New York State Department of Taxation
and Finance
Bankruptcy Section
PO Box 5300
Albany, NY 12205-0300


Niko II Marine Ventures Ltd
Attn: Francesco Lignarolo
Palm Chambers;197 Mainstreet PO Box 4493
Road Town, Tortola
British Virgin Islands


NMA Maritime & Offshore Contractors
Strevelsweg 700
Rotterdam
3083 AS, Netherlands

NTG, Ltd.
Attn: Mark Felhofer
500 N. Franklin Street
Chicago, IL 60654


Ocean & Sky Logisitics
69, Patri Felicjan Bilocca Street
MARSA MRS 1521, Malta


Ocean Travel Limited
Attn: Anne Messeri
Tortola
British Virgin Islands


Omni Risk Management
2100 Westlake Ave N Suite 106
Seattle, WA 98109


P & P Marine
Attn: Francisco Bulnes
PO Box 383
Pacific Palisades, CA 90272


Pacific Hawk, LLC
Attn: Craig Adams
205 SE Spokane St. Suite 373
Portland, OR 97202


PAETEC
P.O. Box 1317
Buffalo, NY 14240


Paul Helyer
16 Shelford Road #04-13
16B Shelford Suites
Singapore 286653


Paul Steele
4100 Hay Rd.
Lutz, FL 33559


Paxson Offield
101 Veudecou Ave
Avalon, CA 90704

Philip K. Yachmetz
4 Valley Forge Rd.
Oakland, NJ 07436


Philip R. Habegger
91 E. Rhododendron Drive
Port Townsend, WA 98368


PJ Pacific, LLC
c/o Robert D. McIntosh
McIntosh, Schwartz, PL
888 SE 3rd Ave, Suite 500
Fort Lauderdale, FL 33316


Plaza Vieja, SA
c/o Laurie M. Chess: Jones, Walker,
Waechter, Poitevent, Carrere & Denegre
201 South Biscayne Blvd, Ste 2600
Miami, FL 33131


PortCo Glogally Connected
BLS House
52 Gladys Masibuko Road
Morningside, Durban
South Africa


Prospero LLC
Attn: Dirk Sachse
250 N. Hansard
PO Box 39
Lebanon, OR 97355


Pulseg Metales, S.L.
Gremio Horneros No 7
Pol. Son Castello
07009 Palma
Spain


Purcell Yacht & Ship Brokers
14000 Palawan Way, Suite A
Marina Del Rey, CA 90292


Raymond J. Paige
70221 Calico Road
Rancho Mirage, CA 92270

Rebecca Patchin
Attn: John Sears
18195 Kross Rd
Riverside, CA 92508


Representaciones Maritimas S.A. de C.V.
Frontera 67, Col. Tizapan San Angel
Mexico, D.F.
01090, Mexico


Richard Arcand
82 52304 Range Rd 233
Sherwood, PK
Alberta, Canada T8B1C9


Richard Phillips
13839 Sunny Court SE
Rainier, WA 98576


Rickmers-Linie (America) Inc.
William Wood
350 Glenborough Dr., Suite 180
Houston, TX 77067


Robert A. Linden, Maureen A. Orr
Attn: Maureen Orr
16 River Drive
Alamosa, CO 81101


Robert Bradley
2567 Princes Highway
Port Fairy, Victoria
Canada 3284


Rum Jungle Properties
Attn: Bruce Foy
80 Brook St.
Mayfair, London W1K5DD


Rum Jungle Properties, Ltd.
c/o Lawrence J. Forno
6615 Boynton Beach Blvd. # 200
Boynton Beach, FL 33437

```
S & 3M LLC
Attn: David Baker
1422 Woodland Drive
Saline, MI 48176


Sailfish Sports, Inc.
c/o Eduardo C. Serrano
Serrano Law
782 NW 42nd Ave, Suite 343
Miami, FL 33126


Sawchuk Intl Real Estate Services Inc.
Attn: Benjamin Sawchuk
588-Lowry Lane
North Vancouver, BC Canada V7G 1R3


Schwimmwagen Inc.
Attn: Gerhard Plaschka
1209 Orange St.
Wilmington, DE 19801


Scott Stoner
PO Box 1036
Woodinville, WA 98072


Scott W. Stewart Living Trust
Attn: Scott Stewart
700 Lake Shore
Grafton, WI 53024


ScottFree, Ltd.
c/o David Weil
Weil & Associates
295 Redondo Ave. #203
Long Beach, CA 90803


ScottFree, Ltd.
c/o John Gladych
Gladych & Associates, Inc.
1400 Bristol St. N, Suite 210
Newport Beach, CA 92660


Sea Grace Investments Ltd.
Attn: Rick Kellogg
Trident Chambers; PO Box 146
Road Town, Tortola
British Virgin Islands
```

SEC Headquarters
100 F Street, NE
Washington, DC 20549


Securities and Exchange Commission
801 Brickell Ave., Suite 1800
Miami, FL 33131


Servicios Portuarious S.A de C.V.
Terminal Maritima, Muelle No. 3
El Sauzal, BC
22760, Mexico


Seven D's LLC
Attn: Daniel Dobin
One Bay Colony Lane
Fort Lauderdale, FL 33308


Seven J's Marine LLC
Attn: Neil Peterson
757 SE 17th Street #1124
Fort Lauderdale, FL 33316


Spencer Carter Ltd
Tregoniggie Industrial Estate
Falmouth
Cornwall
TR11 4SN, United Kingdom


Stan C. Stewart
PO Box 668
La Conner, WA 98257


Stanford Clinton, Jr.
5900 Columbine Drive
PO Box 7420
Jackson, WY 83002


Stanley J. Anderson
10303 Channel Rd.
Lakeside, CA 92040


Steve Shulman
3986 Sequoia St.
San Diego, CA 92109

Sum Chee Keong
Attn: CK Sum
110-C, Sixth Ave
Singapore


Sun Terminals, Inc.
3100 Eisenhower Blvd.
Fort Lauderdale, FL 33316


Sur 93 LLC
Attn: Jorge Sampietro
6051 Business Center Ct.
San Diego, CA 92154


Teeters Agency & Stevedoring, Inc.
Cindy Lou Teeters
158 East Port Road, Whse A
West Palm Beach, FL 33404


Thomas Braman
One O'Connor Plaza
Suite 1100
Victoria, TX 77901


Tobi Marine Trading Co. Ltd.
Attn: Ned Bruck
4-38-2 Keichiro, Ota-Ku
Tokyo, Japan


Total Tax Solutions
2100 East Sample Road
Suite 202
Pompano Beach, FL 33064


Tri State Maritime Services, Inc.
P.O. Box 2725
Mobile, AL 36652


Turistica La Esocia S.A.
Attn: Rene Chamorro
Managua, Nicaragua

TW-PMR 13015G910 Holdings Limited
c/o Brian D. Gottlieb
Morgan, Olsen & Olsen, LLP
633 South Federal Hwy, Suite 400A
Fort Lauderdale, FL 33301


Twilight Yacht Charters
Attn: William Schriber
1038 W. Balboa Ave
Newport Beach, CA 92661


Unimare Unione Agenti Maritimi SRL
Via Principe Umberto N 1
07026, Olbia


United States Attorney General's Office
US Department of Justice
950 Pennsylvania Avenue
Washington, DC 20530-0001


Unity Marine, Inc.
2860 W. State Road 84
Suite 118
Fort Lauderdale, FL 33312


Unity Shipping Lines, Inc.
2860 W. State Road 84
Suite 118
Fort Lauderdale, FL 33312


Unity Shipping Lines, Inc.
2860 W. State Road 84
Suite 118
Fort Lauderdale, FL 33312


Unity Shipping Lines, Inc.
2860 W. State Road 84
Suite 118
Fort Lauderdale, FL 33312


Unity Shipping Lines, Inc.
2860 W. State Road 84
Suite 118
Fort Lauderdale, FL 33312

Unity Shipping Lines, Inc.
2860 W. State Road 84
Suite 118
Fort Lauderdale, FL 33312


Unity Shipping Lines, Inc.
2860 W. State Road 84
Suite 118
Fort Lauderdale, FL 33312


Unity Shipping Lines, Inc.
2860 W. State Road 84
Suite 118
Fort Lauderdale, FL 33312


Unity Shipping Lines, Inc.
2860 W. State Road 84
Suite 118
Fort Lauderdale, FL 33312


Unity Shipping Lines, Inc.
2860 W. State Road 84
Suite 118
Fort Lauderdale, FL 33312


Unity Shipping Lines, Inc.
2860 W. State Road 84
Suite 118
Fort Lauderdale, FL 33312


Unity Shipping Lines, Inc.
2860 W. State Road 84
Suite 118
Fort Lauderdale, FL 33312


Unity Shipping Lines, Inc.
2860 W. State Road 84
Suite 118
Fort Lauderdale, FL 33312


Unity Shipping Lines, Inc.
2860 W. State Road 84
Suite 118
Fort Lauderdale, FL 33312

Unity Shipping Lines, Inc.
2860 W. State Road 84
Suite 118
Fort Lauderdale, FL 33312


Unity Shipping Lines, Inc.
2860 W. State Road 84
Suite 118
Fort Lauderdale, FL 33312


Unity Shipping Lines, Inc.
2860 W. State Road 84
Suite 118
Fort Lauderdale, FL 33312


Unity Shipping Lines, Inc.
2860 W. State Road 84
Suite 118
Fort Lauderdale, FL 33312


Unity Shipping Lines, Inc.
2860 W. State Road 84
Suite 118
Fort Lauderdale, FL 33312


Unity Shipping Lines, Inc.
2860 W. State Road 84
Suite 118
Fort Lauderdale, FL 33312


Unity Shipping Lines, Inc.
2860 W. State Road 84
Suite 118
Fort Lauderdale, FL 33312


Unity Shipping Lines, Inc.
2860 W. State Road 84
Suite 118
Fort Lauderdale, FL 33312


Unity Shipping Lines, Inc.
2860 W. State Road 84
Suite 118
Fort Lauderdale, FL 33312

Unity Shipping Lines, Inc.
2860 W. State Road 84
Suite 118
Fort Lauderdale, FL 33312


Unity Shipping Lines, Inc.
2860 W. State Road 84
Suite 118
Fort Lauderdale, FL 33312


Unity Shipping Lines, Inc.
2860 W. State Road 84
Suite 118
Fort Lauderdale, FL 33312


Unity Shipping Lines, Inc.
2860 W. State Road 84
Suite 118
Fort Lauderdale, FL 33312


Unity Shipping Lines, Inc.
2860 W. State Road 84
Suite 118
Fort Lauderdale, FL 33312


Universal Cargo
10825 Washington Blvd.
Culver City, CA 90232


Urban Broadcasting Corp.
Attn: Theodore M. White
3604 Prospect St. NW
Washington, DC 20007


US Attorney Southern District of Florida
500 East Broward Boulevard
Fort Lauderdale, FL 33394


US Medical International, Inc.
c/o Eric Webb
Webb & Beecher
6253 Hollywood Blvd, Suite 203
Los Angeles, CA 90028

Veritas Coffee Company
Attn: John Hamilton
686 NW Yprk Dr.
Bend, OR 97701


West Coast Offshore, LLC
95180 Ravenwood Lane
Coos Bay, OR 97420


Westport Shipyard, Inc.
Attn: Joe Stipic
1807 Nyhus St.
PO Box 308
Westport, WA 98595


Wilhelmsen - Australia
ste 27, 194 Breakfast Creek Road
Newstead, Brisbane
Australia


Wilhelmsen - Hong Kong
Rooms 1807-12, 18/F, Lu Plaza
2 Wing Yip Street, Kwun Tong
Kowloon, Hong Kong


Wilhelmsen - Vancouver
8978 Fraserton Court
Burnaby, B.C.
V5J 5H8, Canada


Wilhelmsen Gibraltar, Ltd.
P.O.Box 624
Waterport Place
Gibraltar


Wilhelmsen Ships Service Pty Ltd.
c/o Michell Otero Valdes
Chalos & Co, PC
141 Almeria Ave
Miami, FL 33134


Wilhelmsen- Seattle
1721 13th Avenue Southwest
Seattle, WA 98134

WIN PRD Yacht Co Ltd.
Attn: Adam Smith
PO Box 895
Road Town, Tortola
British Virgin Islands


Windsong, LLC
Attn: Andy Wilson
7772 Fisher Island Dr.
Miami Beach, FL 33109


Yacht Path Palm Beach, Inc.
2860 W. State Road 84
Suite 118
Fort Lauderdale, FL 33312


Zeus Marine Ventures Ltd.
Attn: Javier Martinez-Campos
Palm Chambers, 197 Main Street
PO Box 4493, Road Town, Tortola
British Virgin Islands